UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x    **Case 1-18-42030-cec**

In Re:

**ADDENDUM TO**

VEERASWAMY, VELAPPAN

**MOTION TO CONVERT**

**TO CHAPTER 7 BANKRUPTCY**

Debtor,
-------------------------------------------------------x


Karen Veeraswamy, (*PRO SE*, Creditor and Co-debtor) the undersigned,
hereby further affirms in support of Motion to convert to Chapter 7
bankruptcy; evidentiary hearing on this motion to convert has been scheduled
for August 02, 2018 and a joint pre-trial order is due by July 25, 2018.

1.  "A finding of bad faith does not require fraudulent intent by the debtor.
    "Neither malice nor actual fraud is required to find a lack of good faith.
    The bankruptcy judge is not required to have evidence of debtor ill will
    directed at creditors, or that debtor was affirmatively attempting to
    violate the law-malfeasance is not a prerequisite to bad faith" In re
    Powers, 135 B.R. 980, 994 (Bankr. C.D.Cal.1991) (relying on In re
    Waldron, 785 F.2d 936, 941 (11th Cir.1986))"

2.  TOTALITY OF CIRCUMSTANCES TEST FOR FINDING OF BAD FAITH
    "In applying the totality of circumstances test, courts have enumerated
    several factors which should be used to guide a court's analysis. For
    example, "[] whether the debtor has stated his debts and expenses
    accurately; [] whether he has made any fraudulent representation to
    mislead the bankruptcy court; or [] whether he has unfairly
    manipulated the bankruptcy code," *In re Eison*, 76 F.3d at 220-21
    (citation omitted); "the nature of the debt, including the question of
    whether the debt would be nondischargeable in a Chapter 7 proceeding;
    the timing of the petition; how the debt arose; the debtor's motive in
    filing the petition; how the debtor's actions affected creditors; the
    debtor's treatment of creditors both before and after the petition was
    filed; and whether the debtor has been forthcoming with the

bankruptcy court and the creditors," *In re Love*, 957 F.2d at 1357 (citations omitted); and "[] whether the debtor misrepresented facts in his [petition or] plan, unfairly manipulated the Bankruptcy Code, or otherwise [filed] his Chapter 13 [petition or] plan in an inequitable manner, ...; [] `the debtor's history of filings and dismissals,'...; [] whether `the debtor only intended to defeat state court litigation,' ...; and [] whether egregious behavior is present,..." *In re Leavitt*, 171 F.3d at 1224 "

In Applying the totality of circumstances test in this case, the records very clearly show that debtor Velappan Veeraswamy filed (Doc # 1 Filed 04/12/18) and continues this Chapter 13 bankruptcy in bad faith.

Velappan Veeraswamy ("Debtor");
- Did not state his debts and expenses accurately.
- Failed to *pay* any domestic support obligation that first became payable after the date of the filing of the petition (EXHIBIT 2)
- Failed to *disclose* the domestic support obligations (EXHIBIT 2)
- Failed to *disclose* even the *pending matrimonial divorce action* (EXHIBIT 2) in "Official Form 107" Part 4: Identify Legal Actions, Repossessions, and Foreclosures" (Doc # 1, pages 38, 39 of 52, filed 4/12/18) which makes the Debtors action egregious considering that assets involved in this bankruptcy filings are marital properties.

- Debtor's "Motive" and "Timing of bankruptcy filing": Debtor filed his petition a day before one of the properties was to be sold on public auction with the "only intend to defeat state court litigation"

- "How the debt arose": Debtor had enough funds and rental income from the properties to pay the monthly mortgages on the properties, but deliberately failed to pay the mortgage payments on two properties and both of them are now in foreclosure proceedings. Debtor Velappan Veeraswamy received $175,000.00 in October – December 2014 from matrimonial escrow account(EXHIBIT 1) ; And during the course of above properties' mortgage foreclosure actions, in 2015, Debtor Velappan Veeraswamy also had proceeds of $135,000.00 from the sale of a condo (Not A Marital Property) in Jackson Heights, NY ( EXHIBIT 3 )

(ONLY the Debtor, Velappan Veeraswamy is in complete possession of both the marital properties since 2011, and has been utilizing both the properties for personal use and rental income. Around the time of filing for divorce in 2011, Karen Veeraswamy and Children had to leave the marital residences because of abuse by Velappan Veeraswamy and the last straw was when he threatened to kill the family dog.)

- Debtor was not truthful in completing "Official Form 107" Part 11: Give Details about Your Business or Connections to Any Business" Velappan Veeraswamy did not disclose about his interest in Ashand Enterprises Inc. and its bankruptcy (1-13-44999-CEC).  The above bankruptcy action was terminated 03/31/2015.

- Debtor was not truthful in completing Official Form 106A/B, Schedule A/B: Property" (Doc # 1) for properties at 8648 122nd St, Richmond Hill NY 11418-2505 and for properties at "TRUST", Velappan Veeraswamy has checked the box which says that only he has the interest in those properties. The fact is they both are marital properties, and property at  8648 122nd St, Richmond Hill NY 11418-2505 is in the name of both Karen and Velappan Veeraswamy and in currently in foreclosure action in Queens Supreme Civil Court.

- Debtor is not being truthful about "TRUST" properties in India. Debtor has presented information to this Court which conflicts with the information he gave to the Queens Supreme Court.  In Doc # 1, debtor has said that 29 properties are being in revocable "Trust" but in Queens Supreme Court has submitted papers showing only some of the properties being in TRUST and that the TRUST is irrevocable.  Debtor needs to clarify this with further documentations with transfer documents and documents about TRUST and the properties. (EXHIBIT 5)

- EXHIBIT 4 is a notarized under penalty of perjury, Statement of Net Worth of the Debtor Velappan Veeraswamy signed on June 26, 2017. On page 23 of this document under "Assets Transferred" there is no mention of Condo sold in 2015 (EXHIBIT 3). In it also no mention of "TRUST" properties under net worth.

- It is yet to be seen if Debtor Velappan Veeraswamy has disclosed the foreign assets and "TRUST" properties, in his tax returns filed in this Bankruptcy Court. Debtor need to file the official IRS "Transcripts" and not just tax papers that were prepared BUT not filed with IRS.

- This "TRUST" is of significance because the land approximates more than 100 acres and buildings in the properties, an Engineering college, an Arts and Science college and are worth many millions of United States Dollars. (EXHIBIT 6 and 7)

- EXHIBIT 8 is a copy of Debtor's Bank Statement from Bank of India, showing a balance of around US$1.4 million dollars in checking account and a balance of around US$ 700,000.00 in savings account. (at currency exchange rate during the time of bank statement)

- Debtor's Treatment of Creditor Maspeth Federal Saving and Loan Bank; The Creditor obtained a foreclosure judgment against debtor's property almost 2 years ago. Debtor got into an agreement with creditor wherein Debtor will not contest the Judgment and that debtor will sell the property for around next nine months, and that during that nine months, Creditor will not enforce the foreclosure judgment sale. For many months past that nine month period, debtor STILL did not sell the property, and filed for this bankruptcy protection against auction, one day prior to when creditor moved to have the property sold on auction.

- Debtor's treatment of Creditor and co-debtor Karen Veeraswamy; Debtor Velappan Veeraswamy NOT ONLY failed of pay any domestic support obligation that first became payable after the date of the filing of this bankruptcy petition, BUT has not paid any domestic support obligations for more than three and half years.

- EXHIBITS 4, 5, 6 and 7 attached herein are originally Debtor Velappan Veeraswamy's Exhibits submitted in matrimonial divorce action in Queens Supreme Civil Court.

3.                    CONVERSION TO CHAPTER 7 BANKRUPTCY

"A finding of bad faith under section 1307(c) does not necessarily require that the Court convert the case. Section 1307(c) permits the Court to convert or dismiss a chapter 13 case, "whichever is in the best interests of creditors and the estate," upon a finding of "cause." 11 U.S.C. § 1307(c). See Gaudet v. Kirshenbaum Inv. Co. (In re Gaudet), 132 B.R. 670, 676 (D.R.I.1991) (conversion is not an automatic punishment for bad faith; rather the court must consider what is in the best interests of creditors)"

Conversion to Chapter 7 bankruptcy and not dismissal of this case will be in best interest of the creditors and the co-debtor;
- Dismissing this case will not address the domestic support obligations this is overdue for more than three and half years.
- If this case is not converted to Chapter 7 and if assets not liquidated immediately in this Court to satisfy the debts, debtor Velappan Veeraswamy will continue to elude the creditors including me for many more years to come or indefinitely.
- If this case is not converted to Chapter 7 and dismissed instead, one of the properties that is in the brink of public auction will be sold in auction for a fraction of its worth and will be a huge loss that will be very prejudicial to me as creditor and co-debtor. (Bank foreclosed on this property for around $150,000 but the value of property is around $1.2 million)
- And eventually another property in Queens, NY will follow suit to the public auction to be sold for the fraction of its worth.
- To have this case on the Chapter 7 bankruptcy will be the ONLY option in the interest of me as creditor and co-debtor, in the event if the properties in India are needed to be liquidated to satisfy the existing debts or any further judgement or liabilities that may arise out of the matrimonial civil action of Queens Supreme Court.

        THEREFORE AGAIN, I respectfully request this Honorable Court to convert this case to Chapter 7 based on the 11 U.S. Code § 1307 (c) (11) failure of the debtor to pay any domestic support obligation that first becomes payable after the date of the filing of the petition, and (c) (1) unreasonable delay by the debtor that is prejudicial to creditors.

PLEASE TAKE FURTHER NOTICE, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than fourteen (14) days prior to the date of evidentiary hearing on this motion.

Very Respectfully Submitted,


On this 10 day of JULY, 2018        KAREN VEERASWAMY (PRO SE)

                                             Co-debtor and Creditor
                                             P.O.Box 863695
                                             RIDGEWOOD, NY 11385
                                             TEL: (917)620-9359
                                             Email: ammasami@gmail.com


Cc:
- Bronson Law firm
  hbbronson@bronsonlaw.net
- Michael J. Macco, United States Trustee
  jzarrilli@maccosternlaw.com

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:                                                       Chapter 13

VELAPPAN VEERASWAMY,                        18-42030 (CEC)

                                Debtor.                    ATTORNEY
------------------------------------------------------------------x        AFFIRMATION

        JOHN NAPOLITANO, ESQ., an attorney duly licensed to practice law before the

Courts of the State of New York, hereby affirms under penalties of perjury as follows:

        1.     That I am the matrimonial attorney for Karen Veeraswamy, the plaintiff in

a pending divorce case before Judge Anna Culley, in Supreme Court, County of Queens,

Index No.: 12256/11. The trial of the matrimonial action is stayed due to defendant,

Velappan Veeraswamy's pending bankruptcy proceeding.

        2.     The pendent lite decision of Judge Culley dated October 7, 2013 is

attached hereto as Exhibit A awarding Karen Veeraswamy spousal and child support of

$5,738.33 per month and $20,000.00 in legal fees to plaintiff's counsel, John Napolitano.

        3.     The parties agreed to the following escrow checks being drawn to them.

No other payments towards the support obligation have been drawn from my IOLA

account in last three years or so, as follows:

        IOLA Check #1868 (dated 10/1/14) payable to Karen Veeraswamy in the

amount of $161,318.66;

        IOLA Check #1869 (dated 10/1/14) payable to Velappan Veeraswamy in

the amount of $75,000.00;

        IOLA Check #1883 (dated 12/3/14) payable to Karen Veeraswamy in the

amount of $175,000.00;

IOLA Check #1885 (dated 12/3/14) payable to Velappan Veerswamy in the amount of $100,000.00.

Of the foregoing funds, the parties agreed that each were to receive the sum of $175,000.00 as an advance on equitable distribution from the $1.9 million in total wired into my IOLA account (J.P. Morgan Chase Bank, Ozone Park, NY branch) by attorney Bruce Bronson. Therefore, check number 1868 above represents payment of $20,000.00 for Plaintiff's pendent lite attorney's fees per the order of Judge Culley and $141,318.66 represents payment by Me. Veeraswamy of spousal and child support.

4.    Last year a contempt motion was made by plaintiff, Karen Veeraswamy to punish her husband for failing to pay approximately $150,000.00 of support arrears and a decision on same was reserved for trial by Judge Cully. Arrears pursuant to said Judge's order now amount to over $200,000.00 according to Karen Veeraswamy's calculation.

Affirmed this 6th day of June, 2018

JOHN NAPOLTANO, ESQ.
Attorney for Plaintiff
94-09 101st Avenue
Ozone Park, New York, 11416
718-845-3070

# EXHIBIT 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------x
KAREN VEERASWAMY,

                              Plaintiff,

      - against -

VELAPPAN VEERASWAMY,
                    Defendant.
-----------------------------------------------------------------x

                                   NOTICE OF ENTRY

                                   Index No. 12256/11

PLEASE TAKE NOTICE  that the attached is a true copy of a DECISION/ORDER in the above matter

signed by The Honorable Anna Culley, A.J.S.C on  October 7, 2013  and entered in the Office of the Clerk

of the Supreme Court, Queens County, on the 7th day of October, 2013.

Dated:  Queens, NY
         October 10, 2013

                                  JOHN NAPOLITANO, ESQ.
                                  Attorney for Plaintiff
                                  94-09 101st Avenue
                                  Ozone Park, NY  11416
                                  718-845-3070

TO:     M. Jospeh Levin, Esq.
          86-16 Queens Boulevard, Suite 206
          Elmhurst, New York  11373

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS, IA PART 53

-----------------------------------------------------x     Index No.: 12256/11

KAREN VEERASWAMY,

Motion Seq. No.: 1
                         Plaintiff,     Papers Submitted: May 14, 2013

     -against-

                                          DECISION/ORDER

VELAPPAN VEERASWAMY,

                         Defendant.
-----------------------------------------------------x

HON. ANNA CULLEY, A.J.S.C.

The foregoing papers numbered 1 to 4 were read on this motion by defendant for an order
seeking to downwardly modify his child support payments. Plaintiff cross-moves for 1) an award
of temporary maintenance; 2) temporary custody of the parties' son to the plaintiff; 3) upwardly
modifying defendant's child support payments; 4) granting plaintiff exclusive use and occupancy
of marital residence located at 85-45 115th Street, Richmond Hill, NY; 5) compelling defendant
to comply with outstanding disclosure; 6) compelling defendant to resume health insurance
coverage for the plaintiff and the parties' son; 7) granting plaintiff interim counsel fees of
$30,000.00; 8) compelling defendant to appear for an examination before trial; 9) ordering
consequences if defendant does not obey a disclosure order; and 10) appointing a temporary
receiver for a residential/commercial building located at 1114 Ward Avenue, Bronx, NY.

|  | Papers Numbered |
|---|---|
| Motion - Affidavits - Exhibits ............................................................... | 1 |
| Notice of Cross Motion - Affidavits in Opposition - Exhibits ...................... | 2 |
| Reply Affidavit - Exhibit ...................................................................... | 3 |
| Reply Affidavit in Support of Cross Motion - Exhibits .............................. | 4 |

     Upon the foregoing papers it is ordered that the motion is determined as set forth herein.

## BACKGROUND

The parties were married on December 22, 1990. There are two children born of the marriage;
the first child, Asha Veeraswamy, born on March 24, 1992 and the second child, Anand
Veeraswamy, born on October 3, 1999.

     On or about March of 2011, plaintiff and the two children left the marital home. On May
19, 2011 plaintiff commenced the instant action for divorce.

1

On July 30, 2012, the parties entered into a stipulation which was "so ordered" by the court (J. Esposito) wherein the defendant agreed to make bi-weekly child support and maintenance payments in the amount of $1,361.75.00. On October 2, 2012, the defendant moved for a downward modification of his child support obligation. Plaintiff cross-moved for various forms of relief as outlined above. These motions were continually adjourned by the prior judge and eventually submitted to this court for a decision in May of 2013.

## TEMPORARY CUSTODY OF THE MINOR CHILD

The court will first address the branch of plaintiff's cross-motion seeking temporary custody of the parties' minor child. The court's primary concern in any custody dispute is the best interests of the children: *A.-S. v. A.-S.*, 107 A.D.3d 703, 967 N.Y.S.2d 99, 102 (2013); *see also* DRL § 240(1)(a) (McKinney). When determining the best interests of the children, the court must consider "the ability to provide for the child's emotional and intellectual development, [and] the quality of the home environment and the parental guidance provided." *Gilleo v. Lienhard*, 19 A.D.3d 490, 798 N.Y.S.2d 454, 455 (2d Dept. 2005).

In the present action, it is in the minor child's best interest for temporary custody to be given to the plaintiff. The plaintiff has maintained custody of the minor child since she left the marital home. There is no reason to change custody at the present time. Based on the foregoing, it is

**ORDERED** that the plaintiff is granted, *pendente lite,* custody of the minor child.

## DEFENDANT'S REQUEST FOR A DOWNWARD MODIFICATION OF SUPPORT

In regard to defendant's request for an order of a downward modification of an existing child support obligation, the payor must prove he has experienced a "substantial and unanticipated change in circumstances." *Mera v. Rodriguez*, 74 A.D.3d 974, 904 N.Y.S.2d 83, 84 (2d Dept. 2010); *see e.g.*, DRL § 236(B)(9)(b) (McKinney), *Talty v. Talty*, 42 A.D.3d 546, 547, 840 N.Y.S.2d 114, 115 (2d Dept. 2007). To determine if there has been a substantial and unanticipated change in circumstances justifying a downward modification, the court must compare the payor's financial situation at the time the downward modification was requested to the payor's financial situation at the time the child support was ordered. *See Sannuto v. Sannuto,* 21 A.D.3d 901, 903, 800 N.Y.S.2d 601, 603 (2d Dept. 2005).

2

The defendant in this action did not meet his burden of establishing a substantial and unanticipated change in circumstances that would justify a downward modification of his existing support obligation. First, the defendant claims that his request for a downward modification of his support obligation should be granted because he is unable to earn enough money to support his current support obligation. The defendant asserts that at the same time his wife left the marital home, she stopped helping him manage a piece of property owned by the parties.[1] Defendant claims because his wife no longer helps him run this property, he is unable to earn an income that can support a bi-weekly child support order of $1,361.75 since the management of this property has cut into his time working as a real estate broker which he claims is his more lucrative profession. However, the plaintiff left the marital home and stopped assisting in the management of the property in March of 2011. The parties did not enter into the stipulation regarding the maintenance and child support payments until July 30, 2012; more than one year after the defendant no longer had plaintiff's help managing the property.

Comparing the defendant's financial situation on July 30, 2012 to his financial situation on October 2, 2012, it cannot be said that the defendant's loss of assistance to the running of the property was substantial enough to warrant a downward modification of his existing combined support obligation.

The defendant further claims that a downward modification of his existing child support obligation is warranted because several units on the property are difficult to rent. However, the defendant came into possession of the property on or around January 17, 1996 and, therefore, had several years to adjust to the complexities of owning that particular piece of real estate. Although the real estate market has seen difficulties over the past several years, it cannot be said that the condition of the real estate market between July 30, 2012 and October 2, 2012 was a substantial and unanticipated change allowing for a downward modification of the defendant's existing support obligation.

Finally, the defendant claims that his employment opportunities are restricted because of varying health issues. However, defendant has not provided any competent evidence to establish an inability to work. Accordingly, it is

---

[1] This property is situated in the Bronx and is owned by a corporation but neither parties dispute that this is not a marital asset. This property has approximately 70 residential units and three commercial tenants.

**ORDERED** that the defendant's motion for a downward modification of support obligation is denied.

## PLAINTIFF'S REQUEST FOR AN UPWARD MODIFICATION OF SUPPORT

The plaintiff moves for, among other things, an award of maintenance, an upward modification of the defendant's child support obligation, and an award of attorneys' fees. These requests are all contingent upon, what is arguably the most contested issue in this action, the true nature of the parties' income. The defendant claims an annual income of seventy-five thousand dollars ($75,000.00). Plaintiff, however, asserts that number is considerably deflated, and urges a higher annual income of $200,000 be imputed to the defendant for the purpose of determining *pendente lite* orders of maintenance, child support, and attorneys' fees. Plaintiff claims zero income on her Net Worth Statement and states that she currently is a student earning her Engineering Degree.

In opposition to plaintiff's request for an upward modification of the support award, defendant alleges that plaintiff owns real estate in land owned by the Seneca Nation and that she collects rents from a home on that land. This is neither denied nor addressed by the plaintiff. It is also unclear as to whether or not the children of the marriage receive tribal annuities for their own benefit. This has not been addressed by either party.

In matrimonial actions, when the court finds that a party's account of his or her own finances is not credible, "the court is justified in finding a true or potential income higher than that claimed." *Scammacca v. Scammaca*, 15 A.D.3d 382, 790 N.Y.S.2d 482 (2d Dept. 2005); *see also Gravenese v. Marchese*, 57 A.D.3d 992, 993, 870 N.Y.S.2d 444, 446 (2d Dept. 2008). The court may evaluate an imputed income based on the party's past income, demonstrated earning powers, and assets including the payor's real estate holdings and bank accounts. *See Id.; Cusumano v. Cusumano*, 96 A.D.3d 988, 989, 947 N.Y.S.2d 175, 176 (2d Dept. 2012); *see also Fragola v. Alfaro*, 45 A.D.3d 684, 685, 845 N.Y.S.2d 437, 438 (2d Dept. 2007) (holding that "[t]he [trial] court properly considered the father's assets, including his real estate holdings and his bank account, as well as his earning capacity...").

Plaintiff has provided credible evidence including; account statements from the defendant's Bank of India checking and savings accounts showing a balance, as of June 30, 2011, of approximately one million and three hundred thousand dollars ($1,300,000.00); a letter from

4

Capital One stating that the defendant's checking account, as of April 1, 2011, had a balance of one hundred thirty-five thousand, one hundred seventy-one dollars and eighty-six cents ($135,171.86); numerous Money Grams sent by the defendant totaling in excess of four hundred thousand dollars ($400,000.00); and the financial affidavit of the defendant to Boricwa College for Ms. Sameera Shadan, defendant's alleged paramour, claiming a one hundred thousand dollar ($100,000.00) annual income. Further, the defendant values his personal wealth at about $10 million dollars. The court acknowledges that all of his wealth is not liquid and a portion is leveraged, however, it is clear that the defendant has personal income greater than his purported income of $75,000.00. It is further noted that he is driving a 2012 Lexus with a present value of over $35,000.00. It is inconceivable how someone with a purported income of $75,000.00 before taxes could afford a car that cost over 50% of his income after taxes.

The court finds, based on the above, that defendant's account of his own finances is not credible, an annual income of $150,000.00 will be imputed to the defendant for the purpose of determining the plaintiff's request for an upward modification of the existing maintenance and child support obligation, and attorneys'·fees.

This court will calculate temporary maintenance and child support based on the imputed income of defendant and the purported lack of income of plaintiff.

In determining an award of *pendente lite* maintenance in a matter commenced after October 12, 2010, the court is required to apply the new mandatory *pendente lite* maintenance guidelines enacted by the legislature. *See* D.R.L.§ 236 B (5-a). In order to determine the temporary maintenance awarded, calculations are based upon each of the parties' income as defined by statute. The court must order the presumptive award of temporary maintenance unless the court finds that the presumptive award is unjust or inappropriate.

For purposes of the maintenance calculation, the parties annual gross income is used after deducting FICA and Medicare, which is equivalent to approximately 7.65%. In addition for NYC residents, you also deduct the amount paid for NYC income taxes. However, in this particular case, the defendant's tax return for 2012 does not show any amount of NYC income taxes or payment of FICA and Medicare. Therefore, those amounts will not be deducted in determining the correct presumptive award.

Under Step 1: ($150,000 x 30%=$45,000) less ($0 x 20%=$0)=$45,000

Under Step 2: $150,000 ÷ 0 =$150,000 x 40%=$60,000

5

The lesser resulting amount is Step 1 or $45,000 per year or $3,750.00 per month.

As to child support, the court using the above amounts (father's income of $105,000 and mother at $45,000), and capping the income at $136,000.00, the parental child support obligation annually is $34,000.00 or $2,833.33 per month. The non-custodial parent's basic child-support obligation is $23,800.00 and custodial parent's child support obligation is $10,200.00. The non-custodial parents' basic child-support obligation is $1,983.33 per month and the custodial parent's obligation is $850.00 per month. The parties' obligation for un-reimbursed medical expenses and statutory add-ons is 70% father and 30% mother.

An award of temporary maintenance is appropriate so that the non monied spouse can work towards becoming economically independent from his or her former spouse, plaintiff in the instant action is entitled to receive temporary maintenance. See DiBlasi v. DiBlasi, 48 A.D.3d 403, 404, 852 N.Y.S.2d 195, 197 (2d Dept. 2008). Accordingly, it is

ORDERED that the branch of the plaintiff's motion seeking an upward modification in child support and maintenance payments is granted and the defendant is directed to pay maintenance in the amount of $3,750.00 per month and child support in the amount of $1,983.33 per month retroactive to the date of the request for an upward modification. Payments are to begin on November 1, 2013. The arrears can be paid at the rate of $1,500 per month or as agreed by the parties by written stipulation.

## PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES

With regard to the branch of the motion seeking attorneys' fees, the court may order one party to pay the other party's attorneys' fees, if justice so requires. DRL § 237(a), (d). To ensure that the "matrimonial scales of justice are not unbalanced by the weight of the wealthier litigant's wallet," courts have commonly held that justice requires an award of attorney's fees to redress "the economic disparity between [a] monied spouse and [a] non-monied spouse." O'Shea v. O'Shea, 93 N.Y.2d 187, 190-193, 711 N.E.2d 193, 195 (1999). The party requesting attorneys' fees must provide evidence of the amount requested, and show that they are "entitled to an award under the circumstances." See Sassano v. Sassano, 143 A.D.2d 893, 894, 533 N.Y.S.2d 507, 508 (2d Dept. 1988) (holding that attorneys' fees will not be awarded where there is a lack of evidence for the amount requested, and "there is a failure to sustain the burden of proving entitlement to an award under the circumstances"). If attorneys' fees are awarded, it must be

6

reasonable to those circumstances. *O'Shea v. O'Shea*, 93 N.Y.2d at 193, 711 N.E.2d at 197.

The plaintiff has proven that an economic disparity exists between herself and her husband that would warrant an award of attorneys' fees. Presently, the plaintiff's only income is a small annual tribal annuity, while the defendant, for the reasons discussed *supra*, is considered to earn $150,000 annually. Further, the defendant's non-compliance with outstanding discovery requests shows that he has no intention of moving this action along in a timely fashion; and because of his substantial assets, he can afford to do so much longer than the plaintiff. The economic disparity that exists between the parties places the plaintiff at a severe legal disadvantage. Accordingly, with regard to the branch of the motion seeking attorneys fees, it is

**ORDERED** that the plaintiff's request for attorneys' fees is granted and the plaintiff's attorneys are awarded attorneys' fees in the amount of twenty thousand dollars( $20,000.00). This amount may be paid to plaintiff's attorneys in monthly increments of $5,000.00 beginning November 1, 2013 or any other payment arrangement that is agreeable to the parties. The plaintiff is granted leave to seek additional fees, if necessary.

## EXCLUSIVE USE AND OCCUPANCY OF THE MARITAL HOME

With regard to plaintiff's request for exclusive use and occupancy of the marital residence located 85-45 115th Street, Richmond Hill, NY. In matrimonial actions, "the court may 1) determine any question as to the title to property arising between the parties, and 2) make such direction, between the parties, concerning the possession of property, as in the court's discretion justice requires having regard to the circumstances of the case and of the respective parties." DRL § 234 (McKinney). Taking into account the circumstances of the case and parties, the plaintiff's request for exclusive use and occupancy is denied. The defendant is presently in possession of the property, and he is leasing spare rooms to various tenants. Based on the foregoing, it is

**ORDERED** that plaintiff's branch of the motion seeking exclusive use and occupancy of the marital residence is denied at this time.

## PLAINTIFF'S REQUEST FOR DISCOVERY

In relevant part, CPLR § 3124 states that "[i]f a person fails to respond to or comply with any request, notice, interrogatory, demand, question or order under this article ... the party

7

seeking disclosure may move to compel compliance or a response. CPLR § 3124 (McKinney). Further, "[t]here is no requirement upon the movant other than to show that no response had been received." *All Boro Psychological Servs., P.C. v. Allstate Ins. Co.*, 39 Misc. 3d 9, 11, 962 N.Y.S.2d 844, 845 (App. Term 2013). ·

An order compelling the defendant to comply with the discovery requests is appropriate in this action. The parties appeared before this court on October 2, 2013 and entered into a further compliance conference order which included provisions for the outstanding discovery and the scheduling of depositions. As such, this branch of the motion is denied as moot.

## PLAINTIFF'S REQUEST FOR DEFENDANT TO MAINTAIN MEDICAL INSURANCE

In matrimonial actions, "the court may order a party to ... maintain"a health insurance policy "for either spouse or children of the marriage not to exceed such period of time as such party shall be obligated to provide maintenance, [or] child support." Dom. Rel. Law § 236(B)(8)(a) (McKinney). The factors affecting the non-moving party's obligation to pay the moving party's health insurance costs are the same as those for determining temporary maintenance awards. *Kelly v. Kelly*, 69 A.D.3d 577, 578-579, 892 N.Y.S.2d 185, 187-188 (2d Dept. 2010) (holding that the court must consider "the distribution of marital property, the duration of the marriage, the health of the parties, the present and future earning capacity of both parties, and the ability of the plaintiff to become self-supporting" when deciding whether an order a party to pay insurance costs).

For the same reasons, plaintiff's request for temporary maintenance is granted, discussed *supra*, the plaintiff's request that the defendant maintain all medical, dental, and prescription drug insurance for the plaintiff and the parties'children inclusive of deductible and uncovered items is granted. Based on the foregoing, it is

ORDERED that the defendant is ordered to maintain the plaintiff's health insurance, and ordered to maintain the parties' children's health insurance so long as the defendant is paying child support.

## PLAINTIFF'S REQUEST FOR THE APPOINTMENT OF TEMPORARY RECEIVER

With regard to the branch of the motion seeking the appointment of a temporary receiver for the property located at 1114 Ward Avenue, Bronx, New York, that application is denied.

8

Presently a receiver has been appointed by the Bankruptcy Court.

Based on the foregoing, it is

**ORDERED** that plaintiff's request for the appointment of a receiver is denied.  The matter is adjourned to November 7, 2013 for a pre-trial conference.

Any other relief requested not specifically addressed herein is denied.  This constitutes the decision and order of the court.

Both sides have been e-mailed/faxed a copy of this Decision/Order.

ANNA CULLEY, A.J.S.C.

Dated: October 07, 2013

9

# EXHIBIT 3

### New York City Department of Finance
## Office of the City Register

Selecti...

| DOCUMENT ID: 2015081600034001 | [Main Options]  [Search Results]  [Document Details]  [Show Supporting Documents]  [S... |
|---|---|

**NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2015081600034001001E8C10

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE |
|---|---|---|
| **Document ID:** 2015081600034001 | Document Date: 08-12-2015 | Preparation Date: 08-1... |
| **Document Type:** BOTH RPTT AND RETT | | |
| **Document Page Count:** 0 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| PICK-UP TEAM EXAMINERS<br>M. JOSEPH LEVIN P.C.<br>86-16 QUEENS BLVD., SUITE 206<br>ELMHURST, NY 11373<br>718-429-2021 | M. JOSEPH LEVIN P.C.<br>86-16 QUEENS BLVD., SUITE 206<br>ELMHURST, NY 11373 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 1488 | 42  Entire Lot | 5H | 40-37 77TH STREET |

**Property Type:** SINGLE RESIDENTIAL COOP UNIT

### CROSS REFERENCE DATA

CRFN_____  *or*  DocumentID_____  *or*  _____ Year_____ Reel____ Page_____  *or*  File Number____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| VELAPPAN VEERASWAMY<br>85-45 115TH STREET<br>RICHMOND HILL, NY 11415 | CHUN FENG MA<br>44-16 MACNISH ST., APT. 6B<br>ELMHURST, NY 11373 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 10(... |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ | 1,35(... |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ | 54(... |
| Spec (Additional): | $ | 0.00 | **RECORDED OR FILED IN THE OFF...** | |

**New York City Department of Finance**
**Office of the City Register**

[Click help for additional instructions]
Selecting a help option will open new window

# Detailed Document Information

Current Search Criteria:

Document ID: 2015081600034001

| | | | | | |
|---|---|---|---|---|---|
| **DOCUMENT ID:** | 2015081600034001 | **CRFN:** | 2015000298465 | **COLLATERAL:** | N/A |
| **# of PAGES:** | 2 | **REEL-PAGE:** | N/A-N/A | **EXPIRATION DATE:** | N/A |
| **DOC. TYPE:** | BOTH RPTT AND RETT | **FILE NUMBER:** | N/A | **ASSESSMENT DATE:** | N/A |
| **DOC. DATE:** | 8/12/2015 | **RECORDED / FILED:** | 8/27/2015 11:12:22 AM | **SLID #:** | N/A |
| **DOC. AMOUNT:** | $135,000.00 | **BOROUGH:** | MANHATTAN | | |
| **% TRANSFERRED:** | 100% | **RPTT #:** | N/A | **MAP SEQUENCE #:** | N/A |
| **MESSAGE:** | N/A | | | | |

## PARTY 1

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| VEERASWAMY, VELAPPAN | 85-45 115TH STREET | | RICHMOND HILL | NY | 11415 | US |

## PARTY 2

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| MA, CHUN FENG | 44-16 MACNISH ST., APT. 6B | | ELMHURST | NY | 11373 | US |
| LIU, YONG ANG | 44-16 MACNISH ST., APT. 6B | | ELMHURST | NY | 11373 | US |

## PARTY 3/Other

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | |

## PARCELS

| BOROUGH | BLOCK | LOT | PARTIAL | PROPERTY TYPE | EASEMENT | AIR RIGHTS | SUBTERRANEAN RIGHTS | PROPERTY ADDRESS | UNIT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| QUEENS | 1488 | 42 | ENTIRE LOT | SINGLE RESIDENTIAL COOP UNIT | N | N | N | 40-37 77TH STREET | 5H | |

## REFERENCES

| CRFN | DOCUMENT ID | BOROUGH | YEAR | REEL | PAGE | FILE NBR |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS**

Print        View Document        Search Options    Main Options

Go To: Finance Home Page | NYC.gov Home Page | Contact Us | Privacy Policy | Terms of Use

# EXHIBIT 4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------X     Index No.  12256/11

KAREN VEERASWAMY

                               Plaintiff,          **STATEMENT**

   - against -                                          **OF NET WORTH**

  **VELAPPAN VEERASWAMY**

                         Defendant.       Date Action Commenced:
-------------------------------------------------------------------X
         Complete all items, marking "NONE", "INAPPLICABLE" and "UNKNOWN", if appropriate

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF QUEENS    )

     VELAPPAN VEERASWAMY, the Defendant herein, being duly sworn, deposes and says that, **subject to the penalties of perjury,** the following is an accurate statement as of May 23, 2017, of my net worth (assets of whatsoever kind and nature and wherever situated minus liabilities), **statement of income from all sources** and statement of assets transferred of whatsoever kind and nature and wherever situated and statement of expenses:

## I.   **FAMILY DATA**

|  | | | |
|---|---|---|---|
| | (a) | Plaintiff's date of birth: | |
| | (b) | Defendant's date of birth: | May 12, 1949 |
| | (c) | Date married: | December 20, 1990 |
| | (d) | Names and dates of birth of Child(ren) of the marriage: | ▆▆▆▆▆▆▆▆▆▆▆▆ |
| | (e) | Minor child(ren) of prior marriage: | |
| | (f) | Custody of child(ren) of prior marriage: | |
| | (g) | Plaintiff's present address: | |
| | | Defendant's present address: | 84-45 115 St. Richmond Hill, NY |
| | (h) | Occupation/Employer of Plaintiff: | |
| | | Occupation/Employer of Defendant: | Self employed – Retired. |

[UCS Rev. 6/2016 eff. 8/1/16 (8/12/16 version)]                         Page 1

**II.** **EXPENSES:** **(List your current expenses** on a monthly basis. If there has been any change in these expenses during the recent past please indicate). Items included under "other" should be listed separately with separate dollar amounts.)

| (a) | | **Housing: Monthly** | 0 |
|---|---|---|---|
| | 1. | Mortgage/Co-op Loan | 0 |
| | 2. | Home Equity Line of Credit/Second Mortgage | 0 |
| | 3. | Real Estate Taxes **(if not included in mortgage payment)** | 0 |
| | 4. | Homeowners/Renter's Insurance | 0 |
| | 5. | Homeowner's Association/Maintenance charges/Condominium Charges | 0 |
| | 6. | Rent | 0 |
| | 7. | Other | 0 |
| | | TOTAL: HOUSING | 0 |
| (b) | | **Utilities: Monthly** | |
| | 1. | Fuel Oil/Gas | $600.00 |
| | 2. | Electric | $400.00 |
| | 3. | Telephone (land line) | $150.00 |
| | 4. | Mobile Phone | $60.00 |
| | 5. | Cable/Satellite TV | 0 |
| | 6. | Internet | $70.00 |
| | 7. | Alarm | 0 |
| | 8. | Water | 0 |
| | 9. | Other | 0 |
| | | TOTAL: UTILITIES | $1280.00 |

| (c) | | Food: Monthly | |
|---|---|---|---|
| | 1. | Groceries | $100.00 |
| | 2. | Dining Out/Take Out | $20.00 |
| | 3. | Other | |
| | | TOTAL: FOOD | $120.00 |
| (d) | | Clothing: Monthly | |
| | 1. | Yourself | $50.00 |
| | 2. | Child(ren) | 0 |
| | 3. | Dry Cleaning | 0 |
| | 4. | Other | 0 |
| | | TOTAL: CLOTHING | $50.00 |
| (e) | | Insurance: Monthly | |
| | 1. | Life | 0 |
| | 2. | Fire, theft and liability and personal articles policy | 0 |
| | 3. | Automotive | $150.00 |
| | 4. | Umbrella Policy | 0 |
| | 5. | Medical Plan | $100.0 |
| | | 5A.  Medical Plan for yourself  (Including name of carrier and name of insured) | 0 |
| | | 5B.  Medical Plan for children  (Including name of carrier and name of insured) | 0 |
| | 6. | Dental Plan | 0 |
| | 7. | Optical Plan | $ 50.00 |
| | 8. | Disability | 0 |
| | | | |

| | 9. | Worker's Compensation | 0 |
|---|---|---|---|
| | 10. | Long Term Care Insurance | 0 |
| | 11. | Other | 0 |
| | | TOTAL: INSURANCE | $300.00 |
| (f) | | **Unreimbursed Medical: Monthly** | |
| | 1. | Medical | 0 |
| | 2. | Dental | 0 |
| | 3. | Optical | 0 |
| | 4. | Pharmaceutical | 0 |
| | 5. | Surgical, Nursing, Hospital | 0 |
| | 6. | Psychotherapy | 0 |
| | 7. | Other | 0 |
| | | TOTAL: UNREIMBURSED MEDICAL | 0 |
| (g) | | Household Maintenance: Monthly | |
| | 1. | Repairs/Maintenance | 0 |
| | 2. | Gardening/landscaping | 0 |
| | 3. | Sanitation/carting | 0 |
| | 4. | Snow Removal | 0 |
| | 5. | Extermination | 0 |
| | 6. | Other | |
| | | TOTAL: HOUSEHOLD MAINTENANCE | 0 |
| (h) | | **Household Help: Monthly** | |
| | 1. | Domestic (housekeeper, etc.) | 0 |
| | 2. | Nanny/Au Pair/Child Care | 0 |
| | 3. | _____ | 0 |
| | 4. | Other | 0 |
| | | TOTAL: HOUSEHOLD HELP | 0 |

| (i) | | **Automobile: Monthly**<br>(List data for each car separately) | |
|---|---|---|---|
| | | Year: 2011  Make: **Lexus**  Personal: _____<br>Business: | |
| | 1. | Lease or Loan Payments (**indicate lease term**) | |
| | 2. | Gas and Oil | $100.00 |
| | 3. | Repairs | $ 50.00 |
| | 4. | Car Wash | $ 10.00 |
| | 5. | Parking and tolls | $ 50.00 |
| | 6. | Other | 0 |
| | | TOTAL: AUTOMOTIVE | $210.00 |
| (j) | | Education Costs: Monthly | |
| | 1. | Nursery and Pre-school | 0 |
| | 2. | Primary and Secondary | 0 |
| | 3. | College | 0 |
| | 4. | Post-Graduate | 0 |
| | 5. | Religious Instruction | 0 |
| | 6. | School Transportation | 0 |
| | 7. | School Supplies/Books | 0 |
| | 8. | School Lunches | 0 |
| | 9. | Tutoring | 0 |
| | 10. | School Events | 0 |
| | 11. | Child(ren)'s extra-curricular and educational<br>enrichment activities (Dance, Music, Sports, etc.) | 0 |
| | 12. | Other | 0 |
| | | TOTAL: EDUCATION | 0 |

| | 3. | Music (Digital or Physical Media) | 0 |
|---|---|---|---|
| | 4. | Recreation Clubs and Memberships | 0 |
| | 5. | Activities for yourself | 0 |
| | 6. | Health Club | 0 |
| | 7. | Summer Camp | 0 |
| | 8. | Birthday party costs for your child(ren) | 0 |
| | 9. | Other | 0 |
| | | TOTAL: RECREATIONAL | $100.00 |
| (l) | | **Income Taxes: Monthly** | |
| | 1. | Federal | |
| | 2. | State | |
| | 3. | City | |
| | 4. | Social Security and Medicare | |
| | 5. | Number of dependents claimed in prior tax year | |
| | 6. | **List any refund received by you for prior tax year** | |
| | | TOTAL: INCOME TAXES | |
| (m) | | **Miscellaneous: Monthly** | |
| | 1. | Beauty parlor/Barber/Spa | $10.00 |
| | 2. | Toiletries/Non-Prescription Drugs | 0 |
| | 3. | Books, magazines, newspapers | 0 |
| | 4. | Gifts to others | 0 |
| | 5. | Charitable contributions | 0 |
| | 6. | Religious organizations dues | 0 |
| | 7. | Union and organization dues | 0 |
| | 8. | Commutation expenses | 0 |
| | 9. | Veterinarian/pet expenses | 0 |

| | | | |
|---|---|---|---|
| | 10. | Child support payments (for Child(ren) of a prior marriage or relationship pursuant to court order or agreement) | |
| | 11. | Alimony and maintenance payments (prior marriage pursuant to court order or agreement) | |
| | 12. | Loan payments | |
| | 13. | Unreimbursed business expenses | |
| | 14. | Safe Deposit Box rental fee | |
| | | TOTAL: MISCELLANEOUS | $100.00 |
| (n) | | **Other: Monthly** | |
| | 1. | Repairs & Renovations | |
| | 2. | | |
| | 3. | | |
| | | TOTAL: OTHER | |
| | | TOTAL: MONTHLY EXPENSES | |

| III. | | **GROSS INCOME INFORMATION:** | |
|---|---|---|---|
| | (a) | Gross (total) income - as should have been or should be reported in the most recent Federal income tax return. <br> (State whether your income has changed during the year preceding date of this affidavit. If so, please explain.) <br><br> **Attach most recent W-2, 1099s, K1s and income tax returns.** <br><br> **List any amount deducted from gross income for retirement benefits or tax deferred savings.** | |
| | (b) | To the extent not already included in gross income in (a) above: | |
| | | 1. Investment income, including interest and dividend income, reduced by sums expended in connection with such investment | 0 |
| | | 2. Worker's compensation **(indicate percentage of amount due to lost wages)** | 0 |
| | | 3. Disability benefits **(indicate percentage of amount due to lost wages)** | 0 |
| | | 4. Unemployment insurance benefits | 0 |
| | | 5. Social Security benefits | $120.00 |
| | | 6. Supplemental Security Income | 0 |
| | | 7. Public assistance | 0 |
| | | 8. Food stamps | 0 |
| | | 9. Veterans benefits | 0 |
| | | 10. Pensions and retirement benefits | 0 |
| | | 11. Fellowships and stipends | 0 |
| | | 12. Annuity payments | 0 |
| | (c) | If any child or other member of your household is employed, set forth name and that person's annual income: | 0 |
| | (d) | List any maintenance and/or child support you are receiving pursuant to court order or agreement | 0 |
| | (e) | Other: | 0 |

**IV.**    <u>**ASSETS**</u>    *(If any asset is held jointly with spouse or another, so state, and set forth your respective shares.  Attach additional sheets, if needed)*

| A. | 1. | Cash Accounts: | |
|---|---|---|---|
| | | Cash | |
| | | 1.1    a.  Location | HSBC |
| | | b.  Source of Funds | Social Security |
| | | c.  Amount as of date of commencement | Not in existence |
| | | d.  Current amount | |
| | | TOTAL:  CASH | |
| | 2. | Checking Accounts: | |
| | | 2.1    a.  Financial Institution | |
| | | b.  Account Number | 694-81959-11 |
| | | c.  Title holder | Velappan Veeraswamy |
| | | d.  Date opened | October 2015 |
| | | e.  Source of Funds | Social Security |
| | | f.  Balance as of date of commencement | Not open |
| | | g.  Current balance | -32.99 |
| | | 2.2    a.  Financial Institution | Capital One |
| | | b.  Account Number | 00003027762392 |
| | | c.  Title holder | Velappan Veeraswamy |
| | | d.  Date opened | February, 2010 |
| | | e.  Source of Funds | business |
| | | f.  Balance as of date of commencement | |
| | | g.  Current balance | 0.11 |
| | | TOTAL:  Checking Accounts | -32.88 |

| | 3. | Savings Account (including individual, joint, totten trust, certificates of deposit, treasury notes) | None |
|---|---|---|---|
| | | 3.1    a. Financial Institution | |
| | | b. Account Number | |
| | | c. Title holder | |
| | | d. Type of account | |
| | | e. Date opened | |
| | | f. Source of Funds | |
| | | g. Balance as of date of commencement | |
| | | h. Current balance | |
| | | 3.2    a. Financial Institution | |
| | | b. Account Number | |
| | | c. Title holder | |
| | | d. Type of account | |
| | | e. Date opened | |
| | | f. Source of Funds | |
| | | g. Balance as of date of commencement | |
| | | h. Current balance | |
| | | TOTAL: Savings Accounts | |
| | | TOTAL: Accounts | $0 |
| B. | 4. | Real Estate (Including real property, leaseholds, life estates, etc. at market value – do not deduct any mortgage) | |
| | | 4.1    a. Description | |
| | | b. Title owner | |
| | | c. Date of acquisition | |
| | | d. Original price | |

| | | | |
|---|---|---|---|
| | | e.   Source of funds to acquire | |
| | | f.   Amount of mortgage or lien unpaid | |
| | | g.   Estimate current fair market value | |
| | 4.2 | a.  Description | |
| | | b.  Title owner | |
| | | c.  Date of acquisition | |
| | | d.  Original price | |
| | | e.   Source of funds to acquire | |
| | | f.   Amount of mortgage or lien unpaid | |
| | | g.   Estimate current fair market value | |
| | | TOTAL:  Real Estate | |
| C. | 5. | Retirement Accounts (e.g. IRAs, 401(k)s, 403(b)s, pension, profit sharing plans, deferred compensation plans, etc.) | |
| | | 5.1   a.  Description | |
| | | b.  Location of assets | |
| | | c.  Title owner | |
| | | d.  Date of acquisition | |
| | | e.  Source of funds | |
| | | f.  Amount of unpaid liens | |
| | | g.  Value as of date of commencement | |
| | | h.  Current value | |
| | | 5.2   a.  Description | |
| | | b.  Location of assets | |
| | | c.  Title owner | |
| | | d.  Date of acquisition | |
| | | e.  Source of funds | |

| | | | |
|---|---|---|---|
| | | f. Amount of unpaid liens | |
| | | g. Value as of date of commencement | |
| | | h. Current value | |
| | | **TOTAL: Retirement Accounts** | |
| **D.** | **6.** | **Vehicles (Auto, Boat, Truck, Plane, Camper, Motorcycles, etc.)** | |
| | | 6.1  a. Description | 2011 Lexus |
| | | b. Title owner | Velappan Veeraswamy |
| | | c. Date of acquisition | 2011 |
| | | d. Original price | $57,000. |
| | | e. Source of funds to acquire | Sale of property |
| | | f. Amount of lien unpaid | |
| | | g. Current fair market value | $20,000.00 |
| | | h. Value as of date of commencement | |
| | | 6.2  a. Description | |
| | | b. Title owner | |
| | | c. Date of acquisition | |
| | | d. Original price | |
| | | e. Source of funds to acquire | |
| | | f. Amount of lien unpaid | |
| | | g. Current fair market value | |
| | | h. Value as of date of commencement | |
| | | **TOTAL: Value of Vehicles** | $ |
| **E.** | **7.** | **Jewelry, art, antiques, household furnishings, precious objects, gold and precious metals (only if valued at more than $500)** | $50,000.00 |
| | | 7.1  a. Description | Unknown |
| | | b. Title owner | Wife has possession |

| | | | |
|---|---|---|---|
| | | c.  Location | |
| | | d.  Original price or value | |
| | | e.   Source of funds to acquire | |
| | | f.  Amount of lien unpaid | |
| | | g.  Value as of date of commencement | |
| | | h.   Estimate Current Value | |
| | | | |
| | | 7.2    a.  Description | |
| | | b.  Title Owner | |
| | | c.  Location | |
| | | d.  Original price or value | |
| | | e.   Source of funds to acquire | |
| | | f.  Amount of lien unpaid | |
| | | g.  Value as of date of commencement | |
| | | h.   Estimate Current Value | |
| | | | |
| | | TOTAL Value of Jewelry, Art, Antiques, etc. | $50,000.00 |
| | | **IF YOU HAVE NO OTHER ASSETS OR BUSINESS INTERESTS, GO TO THE LIABILITIES SECTION ON PAGE 17** | |
| F. | 8. | Interest in any Business | |
| | | 8.1    a.  Name and Address of Business | |
| | | b.  Type of Business (corporate, partnership, sole proprietorship or other) | |
| | | c.  Your percentage of interest | |
| | | d.   Date of acquisition | |
| | | e.   Original price or value | |

| | | | |
|---|---|---|---|
| | | f.  Source of funds to acquire | |
| | | g.  Net worth of business and date of such valuation | |
| | | h.  Other relevant information | |
| | | TOTAL:  Value of Business Interests | |
| G. | 9. | Cash Surrender Value of Life Insurance | |
| | | 9.1    a.  Insurer's name and address | |
| | | b.  Name of insured | |
| | | c.  Policy number | |
| | | d.  Face amount of policy | |
| | | e.  Policy owner | |
| | | f.  Date of acquisition | |
| | | g.  Source of funds | |
| | | h.  Cash surrender value as of date of commencement | |
| | | i.  Current cash surrender value | |
| | | 9.2    a.  Insurer's name and address | |
| | | b.  Name of insured | |
| | | c.  Policy number | |
| | | d.  Face amount of policy | |
| | | e.  Policy owner | |
| | | f.  Date of acquisition | |
| | | g.  Source of funds | |
| | | h.  Cash surrender value as of date of commencement | |
| | | i.  Current cash surrender value | |
| | | Total: Cash Surrender Value of Life Insurance | |

| H. | 10. | Investment Accounts/Securities/Stock Options/Commodities/Broker Margin Accounts | |
|---|---|---|---|
| | | 10.1  a.  Description | |
| | | b.  Title holder | |
| | | c.  Location | |
| | | d.  Date of acquisition | |
| | | e.  Source of funds | |
| | | f.  Value as of date of commencement | |
| | | g.  Current value | |
| | | 10.2   a.  Description | |
| | | b.  Title holder | |
| | | c.  Location | |
| | | d.  Date of acquisition | |
| | | e.  Source of funds | |
| | | f.  Value as of date of commencement | |
| | | g.  Current Value | |
| | | TOTAL:  Investment Accounts/Securities/Stock Options/Commodities/Broker Margin Accounts | |
| | | TOTAL: Value of Securities | $ |
| I. | 11. | Loans to Others and Accounts Receivable | |
| | | 11.1    a.  Debtor's Name and Address | |
| | | b.  Original amount of loan or debt | |
| | | c.  Source of funds from which loan made or origin of debt | |
| | | d.  Date payment(s) due | |
| | | e.  Amount due as of date of commencement | |
| | | f.  Current amount due | |
| | | TOTAL:  Loans to Others and Accounts Receivable | |

| J. | 12. | Contingent Interests (stock options, interests subject to life estates, prospective inheritances) | |
|---|---|---|---|
| | | 12.1    a.  Description | |
| | | b.  Location | |
| | | c.  Date of vesting | |
| | | d.  Title owner | |
| | | e.   Date of acquisition | |
| | | f.   Original price or value | |
| | | g.   Source of acquisition to acquire | |
| | | h.   Method of valuation | |
| | | i.    Value as of date of commencement | |
| | | j.    Current value | $ |
| | | TOTAL:  Contingent Interests | $ |
| K. | 13. | Other Assets (e.g., tax shelter investments, collections, judgments, causes of action, patents, trademarks, copyrights, and any other asset not hereinabove itemized) | |
| | | 13.1    a.  Description | |
| | | b.  Title owner | |
| | | c.  Location | |
| | | d.  Original Price or value | |
| | | e.   Source of funds to acquire | |
| | | f.   Amount of lien unpaid | |
| | | g.   Value as of date of commencement | |
| | | h.   Current value | |
| | | TOTAL:  Other Assets | $ |
| | | TOTAL ASSETS: | $ |

| V. | | LIABILITIES | |
|---|---|---|---|
| A. | 1. | Accounts Payable | |
| | | 1.1    a.  Name and address of creditor | |
| | | b.  Debtor | |
| | | c.  Amount of original debt | |
| | | d.  Date of incurring debt | |
| | | e.  Purpose | |
| | | f.  Monthly or other periodic payment | |
| | | g.  Amount of debt as of date of commencement | |
| | | h.  Amount of current debt | |
| | | 1.2    a.  Name and address of creditor | |
| | | b.  Debtor | |
| | | c.  Amount of original debt | |
| | | d.  Date of incurring debt | |
| | | e.  Purpose | |
| | | f.  Monthly or other periodic payment | |
| | | g.  Amount of debt as of date of commencement | |
| | | h.  Amount of current debt | |
| | | TOTAL:  Accounts Payable | $ |
| B. | | Credit Card Debt | |
| | 2. | 2.1    a.  Debtor | |
| | | b.  Amount of original debt | |
| | | c.  Date of incurring debt | |
| | | d.  Purpose | |
| | | e.  Monthly or other periodic payment | |
| | | f.  Amount of debt as of date of commencement | |

| | | | |
|---|---|---|---|
| | | g.  Amount of current debt | |
| | 2.2 | a.  Debtor | |
| | | b.  Amount of original debt | |
| | | c.  Date of incurring debt | |
| | | d.  Purpose | |
| | | e.   Monthly or other periodic payment | |
| | | f.   Amount of debt as of date of commencement | $ |
| | | g.  Amount of current debt | $ |
| | | TOTAL:  Credit Card Debt | $ |
| C. | 3. | Mortgages Payable on Real Estate | |
| | | 3.1   a.   Name and address of mortgagee | |
| | | b.   Address of property mortgaged | |
| | | c.   Mortgagor(s) | |
| | | d.   Original debt | |
| | | e.   Date of incurring debt | |
| | | f.   Monthly or other periodic payment | |
| | | g.   Maturity date | |
| | | h.   Amount of debt as of date of commencement | |
| | | i.   Amount of current debt | |
| | | 3.2   a.   Name and address of mortgagee | |
| | | b.   Address of property mortgaged | |
| | | c.   Mortgagor(s) | |
| | | d.   Original debt | |
| | | e.   Date of incurring debt | |
| | | f.   Monthly or other periodic payment | |
| | | g.   Maturity date | |

| | | | |
|---|---|---|---|
| | | h. Amount of debt as of date of commencement | |
| | | i. Amount of current debt | |
| | | TOTAL: Mortgages Payable | |
| D. | 4. | Home Equity and Other Lines of Credit | |
| | | 4.1 a. Name and address of mortgagee | Velappan & Karen Veeraswamy |
| | | b. Address of property mortgaged | 85-45 115 St. Richmond Hill, NY |
| | | c. Mortgagor(s) | Maspeth Federal Chase (2nd mortgage) |
| | | d. Original debt | $145,000.00 $285,000.00 |
| | | e. Date of incurring debt | 1996 2006 |
| | | f. Monthly or other periodic payment | |
| | | g. Maturity date | |
| | | h. Amount of debt at date of commencement | |
| | | i. Amount of current debt | $430,000.00 |
| | | a. Name and address of mortgagee | Velappan & Karen Veeraswamy 86-48 122 St. Richmond Hill, NY SPS Loan Service $635.00.00 & interest and late payments $250,000.00 |
| | | b. Address of property mortgaged | |
| | | c. Mortgagor | |
| | | d. Original debt | |
| | | e. Date of incurring debt | |
| | | f. Monthly or other periodic payment | |
| | | g. Maturity date | |
| | | h. Amount of debt at date of commencement | |
| | | i. Amount of current debt | $885,000.00 |

| | | | |
|---|---|---|---|
| | | TOTAL: Home Equity and Other Lines of Credit | $1,315,000.00 |
| E. | 5. | Notes Payable | |
| | | 5.1   a.  Name and address of noteholder | |
| | | b.  Debtor | |
| | | c.  Amount of original debt | $<br>$ |
| | | d.  Date of incurring debt | |
| | | e.  Purpose | |
| | | f.   Monthly or other periodic payment | |
| | | g.  Amount of debt as of date of commencement | |
| | | h.  Amount of current debt | |
| | | TOTAL:  Notes Payable | $ |
| F. | 6. | Brokers Margin Accounts | |
| | | 6.1   a.  Name and address of broker | |
| | | b.  Amount of original debt | |
| | | c.  Date of incurring debt | |
| | | d.  Purpose | |
| | | e.  Monthly or other periodic payment | |
| | | f.  Amount of debt as of date of commencement | |
| | | g.  Amount of current debt | |
| | | TOTAL:  Broker's Margin Accounts | |
| G. | 7. | Taxes Payable | |
| | | 7.1   a.  Description of Tax | 85-45 115 St. |
| | | b.  Amount of Tax | $30,000.00 real estate<br>$32,500.00  water/sewer |

| | | | 86-48 122 St. $35,000.00 real estate |
|---|---|---|---|
| | | | $33,500.00 water/sewer |
| | | c.  Date Due | |
| | | TOTAL:  Taxes Payable | $ |
| H. | 8. | Loans on Life Insurance Policies | |
| | | 8.1    a.  Name and address of insurer | |
| | | b.  Amount of loan | |
| | | c.  Date incurred | |
| | | d.  Purpose | |
| | | e.  Name of Borrower | |
| | | f.  Monthly or other periodic payment | |
| | | g.  Amount of debt as of date of commencement | |
| | | h.  Amount of current debt | |
| | | TOTAL:  Loans on Life Insurance | |
| I. | 9. | Installment accounts payable (security agreements, chattel mortgages) | |
| | | 9.1   a.  Name and address of creditor | |
| | | b.  Debtor | |
| | | c.  Amount of original debt | |
| | | d.  Date of incurring debt | |
| | | e.  Purpose | |

| | | | |
|---|---|---|---|
| | | f.  Monthly or other periodic payment | |
| | | g.  Amount of debt as of date of commencement | |
| | | h.  Amount of current debt | |
| | | TOTAL:  Installment Accounts | $ |
| J. | 10. | Other Liabilities | |
| | | 10.1    a.  Description | |
| | | b.  Name and address of creditor | |
| | | c.  Debtor | |
| | | d.  Original amount of debt | |
| | | e.  Date incurred | |
| | | f.  Purpose | |
| | | g.  Monthly or other periodic payment | |
| | | h.  Amount of debt as of date of commencement | |
| | | i.  Amount of current debt | |
| | | 10.2    a.  Description | |
| | | b.  Name and address of creditor | |
| | | c.  Debtor | |
| | | d.  Original amount of debt | |
| | | e.  Date incurred | |
| | | f.  Purpose | |
| | | g.  Monthly or other periodic payment | |
| | | h.  Amount of debt as of date of commencement | |
| | | i.  Amount of current debt | |
| | | TOTAL:  Other Liabilities | $ 1,315,000.00 |
| | | TOTAL LIABILITIES | $ |

## VI.    ASSETS TRANSFERRED

List all assets transferred in any manner during the preceding three years, or length of the marriage, whichever is shorter.  Note:  Transfers in the routine course of business which resulted in an exchange of assets of substantially equivalent value need not be specifically disclosed where such assets are otherwise identified in the Statement of Net Worth.

| Description of Property | To Whom Transferred and Relationship to Transferee | Date of Transfer | Value |
|---|---|---|---|
|  |  |  |  |

## VII.    LEGAL & EXPERT FEES

Please state the amount you have paid to all lawyers and experts retained in connection with your marital dissolution, including name of professional, amounts and dates paid, and source of funds.  Attach retainer agreement for your present attorney.

_____

## VIII.    OTHER DATA CONCERNING THE FINANCIAL CIRCUMSTANCES OF THE PARTIES THAT SHOULD BE BROUGHT TO THE ATTENTION OF THE COURT ARE:

_____

The foregoing statements and a rider consisting of _____ page(s) annexed hereto and made a part hereof, have been carefully read by the undersigned who states that they are true and correct and states same, under oath, subject to the penalties of perjury.

Sworn to before me this
26 day of June, 2017

This is the 2ND Statement of Net Worth
I have filed in this proceeding.

Notary Public
M. JOSEPH LEVIN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02LE7508950
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 21, 2019

Attorney Certification:

**REQUIRED ATTACHMENTS:**
    Retainer Agreement
    Most recent W-2, 1099s, K1s and Income Tax Returns

[UCS Rev. 6/2016 eff. 8/1/16 (8/12/16 version)]                Page 23

# EXHIBIT 5

| S.no | S.F.No | Acres | Name of Land Seller | Buyer Name | Date of Reg | PATA NO | Document No. | Registor Office & Village |
|------|--------|-------|--------------------|-----------|-------------|---------|--------------|--------------------------|
| 1 | 58 | 3.22 | KITTUSAMY, K.SIVAGAMI, PALLANIAMMAL | V.VELAPPAN | 06.07.2001 | | 29/1996 | CHINNADHARAPURAM, NADAINTHAI |
| 2 | 58/3A | 2.06 | VISALACHI | V.VELAPPAN | 06.07.2001 | | 923/2001 | CHINNADHARAPURAM, NADAINTHAI |
| 3 | 58/3B | 2.80 | VISALACHI | V.VELAPPAN | 06.07.2001 | | 923/2001 | CHINNADHARAPURAM, NADAINTHAI |
| 4 | 57/1 | 0.10 | VISALACHI | V.VELAPPAN | 06.07.2001 | | 923/2001 | CHINNADHARAPURAM, NADAINTHAI |
| 5 | 58/1 | 0.25 | VISALACHI | V.VELAPPAN | 06.07.2001 | | 923/2001 | CHINNADHARAPURAM, NADAINTHAI |
| 6 | 438/1 | 2.77 | M.SHANMUGAM, RASAPA GOUNDER, PASUPATHI, SAMYNATHAN, PALLANISAMY GOUNDER, BABY, SUDHAKARAN | V.VELAPPAN | 06.07.2001 | | | CHINNADHARAPURAM, NADAINTHAI |
| 7 | 438/2 | 5.59 | VEERAMANI (VETTAMANGALAM) | V.VELLAPPAN (VEERASAMY EDUCATIONAL TRUST) | 10.09.2007 | | 1361/2007 | CHINNADHARAPURAM, NADAINTHAI |
| 8 | 439 | 9.16 | M.SHANMUGAM, RASAPA GOUNDER, PASUPATHI, SAMYNATHAN, PALLANISAMY GOUNDER, BABY, SUDHAKARAN | V.VELLAPPAN | 06.07.2001 | | 970/1996 | CHINNADHARAPURAM, PARAMATHI |
| 9 | 444/A | 1.32 | P.MALIGA,R.BABY | V.VELLAPPAN | 06.07.2001 | | 362 | CHINNADHARAPURAM |
| 10 | 444/B | 1.54 | P.S.MUNUSAMY V.SENTHIKUMAR V.VINOBA | V.VELAPPAN | 06.07.2001 | - | 71/1995 | CHINNADHARAPURAM NADAINTHAI |

| S.no | S.F.No | Acres | Name of Land Seller | Buyer Name | Date of Reg | PATA NO | Document No. | Registor Office & Village |
|------|--------|-------|---------------------|------------|-------------|---------|--------------|---------------------------|
| 11 | 445/B | 5.92 | P.S.MUNUSAMY V.SENTHIKUMAR V.VINOBA | V.VELAPPAN | 06.07.2001 | - | 71/1995 | CHINNADHARAPURAM NADAINTHAI |
| 12 | 444/C | 1.73 | CHALLAMMAL | V.VELAPPAN | 06.07.2001 | - | 924/2001(N) | CHINNADHARAPURAM |
| 13 | 444/C | 1.73 | CHALLAMMAL | V.VELAPPAN | 06.07.2001 | - | 970/1996(O) | CHINNADHARAPURAM |
| 14 | 445/A | 8.30 | KALIAPPAGOUNDAR, DUARISAMY GOUNDAR, V.JAYARAM, RAMESH | V.VELAPPAN | 06.07.2001 | - | 72/1995 | CHINNADHARAPURAM |
| 15 | 446/A1 | 2.67½ | KALIAPPAGOUNDAR, DUARISAMY GOUNDAR, V.JAYARAM, RAMESH | V.VELAPPAN | 06.07.2001 | - | 72/1995 | CHINNADHARAPURAM |
| 16 | 446/A1 | 2.67½ | RANGASAMI GOUNDAR, DHANDAPANI, SAMIYATHAL, PARUVATHAM | V.VELAPPAN | 06.07.2001 | - | 69/1995 | CHINNADHARAPURAM |
| 17 | 446/B | 4.20 | P.MALIGA,R. BABY,V.ARUMUGAM | V.VELAPPAN | 06.07.2001 | - | 68/1995 | CHINNADHARAPURAM |
| 18 | 52/35 | 0.25 | G.KALLISELVI , R.RADHAMANI | V.VELAPPAN | 22.09.2004 | - | 4195/2004 | SALEM,NALYSALPATTI |
| 19 | 537/1A | 0.90 | KARUPPANNAN, K.RAMALINGAM, | V.VELAPPAN | 22.02.1987 | - | 111/1987 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |
| 20 | 292 | 13.51 | K.PARVATHI,R.RAJESWARI | V.VELAPPAN | 02.12.2005 | 3412 | 263/2005 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |
| 21 | 292 | 13.51 | TRUST DEED | V.VELAPPAN | 24.11.2005 | - | 176/2005 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |
| 22 | 292 | 13.51 | SALE DEED | V.VELAPPAN | 07.09.2007 | - | 727/2007 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |
| 23 | 291 | 1.27 | S.GANESHAN, G.PANDIYAN | V.VELAPPAN | 27.07.1999 | 2901 | 684/1999 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |
| 24 | 283 | 3.19¾ | MEENASHI, THANGAMAL | V.VELAPPAN | 29.07.1996 | 2613 | 692/1999 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |

| S.no | S.F.No | Acros | Name of Land Seller | Buyer Name | Date of Reg | PATA NO | Document No. | Registor Office & Village |
|------|--------|-------|---------------------|------------|-------------|---------|--------------|---------------------------|
| 25 | 284 | 3.64¾ | MEENASHI, THANGAMAL | V.VELAPPAN | 29.07.1996 | 2613 | 692/1999 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |
| 26 | 285 | 3.19¾ | MEENASHI, THANGAMAL | V.VELAPPAN | 29.07.1996 | 2613 | 692/1999 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |
| 27 | 286 | 10.70 | MEENASHI, THANGAMAL | V.VELAPPAN | 29.07.1996 | 2613 | 692/1999 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |
| 28 | 603 | 2.09 | C.DURAISAMY,SHANMUGAM,ART HANATHEISVARAN | V.VELAPPAN | 19.05.1994 | 793 | 421/1994 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |
| 29 | 603 | 1.00 | C.DURAISAMY,SHANMUGAM,ART HANATHEISVARAN | V.VELAPPAN | 10.08.1998 | - | 521/1998 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |
| 30 | 608 | 5.33 | K.THIRUMURTHI | V.VELAPPAN | 25.10.1995 | | 689/1995 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |
| 31 | 617 | 2.23 | KIRASHANASAMY GOUNDER,JAYARAMMAN,MARA GATHAM | V.VELAPPAN | 04.02.1999 | 2652 | 79/1999 | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |
| 32 | 706/1 | 4.00 | TRUST DEED | SBI KODUMUDI | 16.02.1984 | | | VELLAYUTHAMPALLAYAM, VETTAMANGALAM |

# EXHIBIT 6

## A/C STATEMENT & VOUCHER (2010-2015)

| S.no | Date | Particular | Cheque no | Amount | RECEIVER NAME | DETAILS |
|------|------|-----------|-----------|--------|---------------|---------|
| 1. | 28.10.2010 | To cash | 678701 | 17,00,000 | S.P. RAJANDHARN | BULIDING CONSTRACTION WOR ENGINEERING COLLEG |
| 2. | 29.10.2010 | To cash | 678702 | 13,00,000 | S.P. RAJANDHARN | BULIDING CONSTRACTION WORI ENGINEERING COLLEG |
| 3. | 02.02.2011 | Self | 678703 | 2,00,000 | MAHESHKUMAR | ELECTRIC WORK ENGINEERING COLLEG |
| 4. | 07.02.2011 | Tr | 678704 | 5,000 | S.KUMAR | WATER SUPPLY FOR ENGINEERING COLLEG |
| 5. | 11.02.2011 | Self | 678706 | 5,00,000 | R.THANGAVEL | DIG THE WELL FOR CAMBRIDGE COLLEGE |
| 6. | 12.02.2011 | Self | 678707 | 22,00,000 | S.P. RAJANDHARN | CONSTRACTION WORK ENGINEERING COLLEG |
| 7. | 14.02.2011 | Sri vidhya | 678708 | 13,800 | SRIVIDTHYA | PURCHESE THE HOLE BRIKS FOR CONSTRACTION |
| 8. | 15.02.2011 | P.K.Natarajan | 678709 | 3,00,000 | P.K.NATARAJAN | ALL INDIA CONCIL FOF TECHICALO EDUCATIOI |
| 9. | 15.02.2011 | P.K.atarajan | 678713 | 35,000 | P.K.NATARAJAN | ARTS COLLEGE COMPOUND WALL CONSTRACTION |
| 10. | 15.02.2011 | S.Gunasekaran | 678712 | 12,500 | S.GUNASEKARAN | JCB FOR ENGINEERING COLLEGE CONSTRACTIC |
| 11. | 26.02.2011 | P.K.Natarajan | 678710 | 20,00,000 | P.K.NATARAJAN | ENGINEERING COLLEGE CONSTRACTION WORK FOR  S.P. RAJANDHARN |
| 12 | 10.03.2011 | P.K. Natrajan | 678714 | 2,00,000 | P.K.NATARAJAN | PAJAYAT APPROVEL FO ENGINEERING COLLEGE LAND CONVERTION |
| 13 | 29.03. 2011 | P.K .Natrajan | 678711 | 2,00,000 | P.K.NATARAJAN | AICTE COMMITION FEE FOR ENGINEERING COLLEGE |
| 14 | 29.03.2011 | RTGS/Rajendran | 678715 | 20,00,000 | S.P. RAJANDHARN | CONSTRACTION WORK ENGINEERING COLLEGE |
| 15 | 23.04 .2011 | To Cash | 7402 | 1,00,000 | K.MANI MASAN | LABOUR PAYMENT FOR COMPOUND WALL CONSTRACTION |
| 16 | 25.04.2011 | Subramani | 7403 | 1,00,000 | SUBRAMANI | DIS THE BOR WORK |
| 17 | 28.04.2011 | Amman Book Co | 7404 | 3,00,000 | SELVAKUMAR | AMMAN BOOK COMPANY FOR PURCHESE TO ENGINEERING COLLEGE BOOK |
| 18 | 29.04.2011 | To Cash | 7405 | 2,00,000 | M.THANGARAJ | AMOUNT GIVE TO |

## A/C STATEMENT & VOUCHER (2010-2015)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | PURCHESE THE CEME FOR COMPOUNT WAI |
| 19 | 05.05.2011 | P.K Natarajan | 7406 | 20,00,000 | P.K.NATARAJAN | ENGINEERING COLLE CONSTRACTION WOR FOR S.P. RAJANDHAR |
| 20 | 26.05.2011 | P.K Natrajan | 7408 | 20,00,000 | P.K.NATARAJAN | ENGINEERING COLLEG CONSTRACTION WORI FOR S.P. RAJANDHARI |
| 21 | 31.05.2011 | D&BN Chrg | | 10,00,000 | P.K.NATARAJAN | ENGINEERING COLLEG CONSTRACTION WORI FOR S.P. RAJANDHARI |
| 22 | 14.06.2011 | P.K Natarajan | 7407 | 10,00,000 | P.K.NATARAJAN | ENGINEERING COLLEG CONSTRACTION WORI FOR S.P. RAJANDHARI |
| 23 | 23.06.2011 | P.K Natarajan | 7409 | 20,00,000 | P.K.NATARAJAN | ENGINEERING COLLEG CONSTRACTION WORI FOR S.P. RAJANDHARI |
| 24 | 09.07.2011 | Mahesh kumar | 678716 | 20,00,000 | MAHESHKUMAR | ELECTRIC WORK ENGINEERING COLLEGI |
| 25 | 11.07.2011 | Self | 678720 | 7,00,000 | M.THANGARAJ | ARTS COLLEGE WORK |
| 26 | 12.07.2011 | Selvakumar | 678323 | 2,00,000 | SELVAKUMAR | PURCHESE THE HOLE BRIKS FOR CONSTRACTION |
| 27 | 12.07.2011 | Bill 10:82640RTT1100025 | | 99,632 | SUGUMAR | PURCHESER THE GRANETS FOR ARTS COLLEGE BULIDING WORKS |
| 28 | 13.07.2011 | Scientific equipment | 678722 | 2,50,000 | RAJAN | PURCHESE THE SCIENTIFIC EQUIPMENT FOR ENGINEERING COLLEGE |
| 29 | 14.07.2011 | To cash | 678725 | 25,00,000 | S.P. RAJANDHARN | CONSTRACTION WORK ENGINEERING COLLEGE |
| 30 | 18.07.2011 | Beetle information | 678724 | 9,60,000 | K.SATHYA | BEETLE INFORMATION PURCHESE SYSTEMS FO ENGINEERING COLLEGE |
| 31 | 19.07.2011 | RTGS/Dynamic power system | 7593 | 6,00,000 | N.MURUGAN | DYNAMIC POWER SYSTEM FOR ENGINEERING COLLEGE |
| 32 | 20.07.2011 | To Cash | 7593 | 4,00,000 | M.THANGARAJ | PURCHESE THE SEND FC ARTS COLLEGE CONSTRACTION |
| 33 | 21.07.2011 | Gm Electronics | 7592 | 1,45,000 | G.MURUGAN | G.M ELECTRONICS PURCHESE THE ELECTRONIC GOODS FOI ENGINEERING COLLEGE CONSTRACTION |

## A/C STATEMENT & VOUCHER (2010-2015)

| 34 | 23.07.2011 | Self | 7595 | 1,50,000 | P.K.NATARAJAN | PARCHESE FOR FURNITURE FOR ENGINEERING COLLEG |
|---|---|---|---|---|---|---|
| 35 | 24.07.2011 | THANGARAJ | | 50,000 | THARANI STEELS | PARCHESE TABLE FOR ENGINEERING COLLEG |
| 36 | 25.07.2011 | To selvakumar | 7596 | 4,00,000 | SELVAKUMAR | PARCHESE THE BOOKS 38FOR ENGINEERING CO39LLEGE |
| 37 | 26.07.2011 | To cash | 7597 | 3,00,000 | M.THANGARAJ | PURC40HESE THE HOL PRICS A41ND STEEL FC ARTS COL42LEGE CONSTRACT42ION |
| 38 | 26.07.2011 | Abdul hakeen | 7594 | 4,0000 | ABDUL HAKEEN | FIFTY DOOR FOR ARTS COLLEGE BULIDING |
| 39 | 17.08.2011 | Suriya narayanan | 7612 | 1,00,000 | SURIYA NARAYANAN | PURCHESE THE WOOD FOR DOOR ARTS COLLEGE |
| 40 | 26.08.2011 | To.m.Thangarasu | 7614 | 4,00,000 | M.THANGARAJ | ARTS COLLEGE BULIDIN CONSTRACTION |
| 41 | 07.09.2011 | Amman BODS | 7613 | 1,00,000 | SELVAKUMAR | AMMAN BOOKS PURCHESE FOR ENGINEERING COLLEGE |
| 42 | 18.10.2011 | 826410110001123 | 7622 | 1,50,00,000 | S.P. RAJANDHARN | CONSTRACTION WORK ENGINEERING COLLEGE |
| 43 | 28.10.2011 | Bill Id:8264ORTT100037 | | 49,42,472 | P.K.NATARAJAN | AICTE COMMISSION OFFICER PROCESSING WORK |
| 44 | 06.02.2012 | | | 25,00,000 | P.K.NATARAJAN | AICTE COMMISSION PROCESSING FEES FOR OFFICER SIGN |
| 45 | 25.05.2012 | | | 30,32,000 | S.P. RAJANDHARN | CONSTRACTION WORK ENGINEERING COLLEGE |
| 46 | 25.05.2012 | | | 21,77,500 | S.P. RAJANDHARN | CONSTRACTION WORK ENGINEERING COLLEGE |
| 47 | 26.06.2012 | | | 15,000 | V.VELAPPAN | PERSONALPURPOSE |
| 48 | 02.07.2012 | | | 2,88,500 | P.K.NATARAJAN | PURCHESE FOR ARTS COLLEGEASPETA SHEET |
| 49 | 08.07.2012 | | | 16,95,000 | P.K.NATARAJAN | AICTE COMMISSION PROCESSING FEES FOR OFFICER |
| 50 | 04.07.2012 | | | 1,28,000 | N.PARANI | PURCHESE THE CHAIRSE AND RACKS FOR LIBARARY |
| 51 | 23.07.2012 | | | 10,000 | V.VELAPPAN | PERSONALPURPOSE |
| 52 | 10.08.2012 | | | 27,81,250 | RAJKUMAR | CONSTRACTION WORK ENGINEERING COLLEGE |

## A/C STATEMENT & VOUCHER (2010-2015)

| 53 | 25.08.2012 | | | 28,10,000 | P.K.NATARAJAN | PURCHESE THE FANS AND LIGHTS FOR ENGINEERING COLLEG WIRE AND SWITCH CONTROL,CONSTRUCTN |
| 54 | 24.09.2012 | | | 15,00,000 | P.K.NATARAJAN | AICTE COMMISSION PROCESSING FEES FOR OFFICER |
| 55 | 28.09.2012 | | | 13,00,000 | P.K.NATARAJAN | AICTE COMMISSION PROCESSING FEES FOR OFFICER |
| 56 | 30.11.2012 | P.K.NATARAJAN | | 27,05,000 | S.P. RAJANDHARN | CONSTRACTION WORK ENGINEERING COLLEGI |
| 57 | 15.11.2012 | | | 4,10,000 | M.THANGARAJ | PURPOSE OF EB LINE CONNECTION |
| 58 | 05.11.2012 | | | 5,00,000 | KUMAR SHARMAR | LAND CONSTRUCTION WORK |
| 59 | 18.12.2012 | RAJKUMAR | | 32,71,000 | S.P. RAJANDHARN | CONSTRACTION WORK ENGINEERING COLLEGE |
| 60 | 01.01.2013 | | | 1,95,000 | M.THANGARAJ | CONSTRACTION WORK ARTS COLLEGE |
| 61 | 15.01.2013 | P.K.NATARAJAN | | 27,40,000 | S.P. RAJANDHARN | CONSTRACTION WORK ENGINEERING COLLEGE |
| 62 | 22.01.2013 | | | 27,45,000 | P.K.NATARAJAN | CONSTRACTION WORK ENGINEERING COLLEGE |
| 63 | 10.02.2013 | P.K.NATARAJAN | | 27,00,000 | S.P. RAJANDHARN | CONSTRACTION WORK ENGINEERING COLLEGE |

# EXHIBIT 7

**VEERASAMY EDUCATIONAL TRUST,**

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 01 **VOUCHER** Date 28/10/2010

Amount of Voucher Seventeen Lakhs Only

Rs. 1700,000/-

Details Cambridge College of Engineering Building Construction Work

Paid To S P RaJendran [Contractor]

Paid By

Approved By

R. சுரேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தாக்கணம்பட்டி, ஈரோடு.

Attested

**VEERASAMY EDUCATIONAL TRUST,**

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 02 **VOUCHER** Date 02/02/11

Amount of Voucher Thirteen Lakhs Only

Rs. 13,00,000/-

Details Cambridge College of Engineering Building Construction Work

Paid To S P Rajendran

Paid By

Approved By

R. சுரேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தாக்கணம்பட்டி, ஈரோடு.

Attested

## VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

**VOUCHER**

Voucher No. 03          Date 02.02.11

Amount of Voucher   Two Lakhs only

Rs. 2,00,000/-

Details  Electric work  Cambridge College
of Engineering

Paid To  Maheshkumar

Paid By

Approved By

R. ரமேஷ் எம். எஸ். சி.
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

---

## VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

**VOUCHER**

Voucher No. 04          Date 07.02.11

Amount of Voucher   Five Thousand only

Rs. 5,000/-

Details Water Supply For Engineering
College Construction work

Paid To  S. Kumar

Paid By

Approved By

R. ரமேஷ் எம். எஸ். சி.
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

**VOUCHER**

Voucher No. 05          Date 11/7/11

Amount of Voucher Five Lakhs only

Rs 5,00,000/-

Details Dig the well For Cambridge College
of Engineering Construction

Paid To R. Thangavel

Paid By

Approved By        R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

---

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

**VOUCHER**

Voucher No. 06          Date 12/7/11

Amount of Voucher Twenty Two Lakhs only

Rs 22,00,000/-

Details Cambridge Engineering College
Construction Work

Paid To S. P. Rajendran

Paid By

Approved By        R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,
### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. **07**    **VOUCHER**    Date 14/2/11

Amount of Voucher. Thirteen Thousand and Eight Hundred only    Rs. 13,800/-

Details Purchase The Holophrhe for Construction (Engineering college)

Paid To Sri Vithya

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்.
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கணைம்பட்டி, ஈரோடு.

Attested

---

# VEERASAMY EDUCATIONAL TRUST,
### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. **08**    **VOUCHER**    Date 15/2/11

Amount of Voucher Three Lakhs only

Rs. 3,00,000/-

Details All India concil for Technical Educational Processing Purpose

Paid To P. K. Natarajan

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்.
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கணைம்பட்டி, ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,

VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

**VOUCHER**

Voucher No. 09　　　Date 15|2|11

Amount of Voucher Thirty Five Thousand only

Rs. 35,000/-

Details Arts College Compound wall Construction work.

Paid To P.K. Nadarajan

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Signed By

Attested

# VEERASAMY EDUCATIONAL TRUST,

VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

**VOUCHER**

Voucher No. 10　　　Date 15|2|11

Amount of Voucher Twelve Thousand and Five Hundred only

Rs. 12,500/-

Details JDB for Engineering college Construction.

Paid To S. Gunasekaran

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Signed By

Attested

# VEERASAMY EDUCATIONAL TRUST,
### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. 11      **VOUCHER**      Date 26/2/11

Amount of Voucher Twenty lacks Only

Rs. 20,00,000/-

Details Enginering Collage Construction work for
S.P. Rajandiran.

Paid To P.K. Natarajan

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி. எம்.இ.,டி.
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

---

# VEERASAMY EDUCATIONAL TRUST,
### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. 12      **VOUCHER**      Date 10/3/11

Amount of Voucher Two lacks only

Rs. 2,00,000/-

Details Pajayat approvel for Engineering College land
Conversion.

Paid To P.K. Natarajan

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி. எம்.இ.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,

### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

**Voucher No.** 13     **VOUCHER**     **Date** 29/3/11

**Amount of Voucher** Two lacks only

       **Rs.** 2,00,000/-

**Details** AICTE Commission fees for Engineering College

**Paid To** P.K. Natarajan

**Paid By**

**Approved By**

R. ரமேஷ் எம்.எஸ்.ஸி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

---

# VEERASAMY EDUCATIONAL TRUST,

### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

**Voucher No.** 14     **VOUCHER**     **Date** 29/3/11

**Amount of Voucher** Twenty lacks Only

       **Rs.** 20,00,000/-

**Details** Engineering College Construction work

**Paid To** S.P. Rajandran Contractor

**Paid By**

**Approved By**

R. ரமேஷ் எம்.எஸ்.ஸி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

## VEERASAMY EDUCATIONAL TRUST,
### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. 15     **VOUCHER**     Date 23/4/11

Amount of Voucher ...... One lacks only

Rs. 1,00,000/-

Details ..... Labour payment for Compound wall Construction

Paid To ..... K. Mani Magan

Paid By .....

*Approved By*

R. ரமேஷ் எம்.எஸ்.சி., எம்...
முதுநிலை பட்டதாரி ஆசிரியர்.
அரசினர் மேல்நிலைப்பள்ளி.
தூக்கனம்பட்டி, ஈரோடு.

*Attested*

---

## VEERASAMY EDUCATIONAL TRUST,
### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. 16     **VOUCHER**     Date 25/4/11

Amount of Voucher ...... One lacke Only

Rs. 1,00,000/-

Details ..... Dig the Bor work.

Paid To ..... Subramani

Paid By .....

*Approved By*          *Signed By*

R. ரமேஷ் எம்.எஸ்.சி., எம்...
முதுநிலை பட்டதாரி ஆசிரியர்.
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

*Attested*

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 17     **VOUCHER**     Date 28/4/11

Amount of Voucher   Three lacks Only

       Rs. 3,00,000/-

Details   Amman Book Company

For Purchase of Enginering College Books

Paid To   K.Selva Kumar

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கணம்பட்டி, ஈரோடு.

---

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 18     **VOUCHER**     Date 29/4/11

Amount of Voucher   Two lacks only

       Rs. 2,00,000/-

Details   Amount given to purchase the Cement

for Compount wall.

Paid To   M. Thanga raj

Paid By

Approved By           Signed By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கணம்பட்டி, ஈரோடு.

## VEERASAMY EDUCATIONAL TRUST,

### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. 19    **VOUCHER**    Date 5/5/11

Amount of Voucher Twenty lacks only

Rs. 20,00,000/-

Details Engineering College Construction Work for S.P. Rajendran Constructor.

Paid To P.K. Natarajan

Paid By

Approved By   R. சுரேஷ் எம்.எஸ்.சி., எம்.பிஐ.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

---

## VEERASAMY EDUCATIONAL TRUST,

### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. 20    **VOUCHER**    Date 26/5/11

Amount of Voucher Twenty lacks Only

Rs. 20,00,000/-

Details Engineering College Construction works for S.p. Rajandran Constructor.

Paid To P.K. Natarajan

Paid By

Approved By   R. சுரேஷ் எம்.எஸ்.சி., பி.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Approved

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

**VOUCHER**

Voucher No. 21                    Date 14|6|11

Amount of Voucher  Ten  lacks  only

Rs. 10,00,000/-

Details  Engineering  College  Construction  work  for
S.P Rajandran  Constructor.

Paid To  P.K. Natrajan

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.ஃபில்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

---

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

**VOUCHER**

Voucher No. 22                    Date 23|6|11

Amount of Voucher  Ten  lacks  only

Rs. 10,00,000/-

Details  Engineering  College  Construction  work  for
S.P Rajandran  Constructor.

Paid To  P.K. Natrajan

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.ஃபில்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,

VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

**VOUCHER**

Voucher No. 23    Date 1/7/11

Amount of Voucher  Twenty lacks Only

Rs. 20,00,000/-

Details  Enginering  College  Constuction  work  for  S.P. Rajendran  Contractor.

Paid To  P. K. Natrajan.

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்.
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கணாம்பட்டி, சேலம்.

Attested

---

# VEERASAMY EDUCATIONAL TRUST,

VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

**VOUCHER**

Voucher No. 24    Date 9/7/11

Amount of Voucher  Two lacks Only

Rs. 2,00,000/-

Details  Electrics  work  for  Enginering  College  work

Paid To  Mahesh Kumar

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்.
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கணாம்பட்டி, சேலம்.

Attested

# VEERASAMY EDUCATIONAL TRUST,

### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. **25**    **VOUCHER**    Date 11/7/11

Amount of Voucher  Seven lacks only

Rs 7,00,000/-

Details  Construction work for Arts College Building works.

Paid To  M. Thangaraj

Paid By

Approved By

R. ரஜேஷ் எம்.எஸ்.சி., எம்.எட்
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

---

# VEERASAMY EDUCATIONAL TRUST,

### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. **26**    **VOUCHER**    Date 12/7/11

Amount of Voucher  Two lacks only

Rs 2,00,000/-

Details  Purchase the Engineering College Book.

Paid To  K. Selva Kumar

Paid By

Approved By

R. ரஜேஷ் எம்.எஸ்.சி., எம்.எட்
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,
### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. 27 **VOUCHER** Date 16/7/11

Amount of Voucher Ninty nine thousand and Six hundred and thirty two only Rs. 99,632/-

Details Purchase the granets for Arts College Building work.

Paid To S. Su.Kumar

Paid By

*Approved By*

ந. நரேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
நூக்கனம்பட்டி, ஈரோடு.

*Attested*

---

# VEERASAMY EDUCATIONAL TRUST,
### VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. 28 **VOUCHER** Date 13/7/11

Amount of Voucher Two lacks and fifty Thousand only Rs. 2,50,000/-

Details Purchased the Scientific equipments for Engineering College

Paid To Rajan.

Paid By

*Approved By*

ந. நரேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
நூக்கனம்பட்டி, ஈரோடு.

*Attested*

**VEERASAMY EDUCATIONAL TRUST,**
VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. 29     **VOUCHER**     Date 14/7/11

Amount of Voucher Twenty five lacks only

Rs. 25,00,000/-

Details Construction work for Engineering College

Paid To S. P. Rajandran

Paid By

Approved By    R. ரமேஷ் எம். எஸ். சி. (கணி.)
முதுநிலை பட்டதாரி ஆசிரியர்.
அரசினர் மேல்நிலைப்பள்ளி.
தூக்கனம்பட்டி, ஈரோடு.

Attested

---

**VEERASAMY EDUCATIONAL TRUST,**
VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. 30     **VOUCHER**     Date 18/7/11

Amount of Voucher Nine lacks and Sixty thousand only

Rs. 9,60,000/-

Details Bottle Information purchasing System for Engineering College

Paid To K. Sadhya

Paid By

Approved By    R. ரமேஷ் எம். எஸ். சி. (கணி.)
முதுநிலை பட்டதாரி ஆசிரியர்.
அரசினர் மேல்நிலைப்பள்ளி.
தூக்கனம்பட்டி, ஈரோடு.

Attested

## VEERASAMY EDUCATIONAL TRUST,
VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. 31          **VOUCHER**          Date 19/7/11

Amount of Voucher  Six lacks only

Rs. 6,00,000/-

Details Dynamic Power System for Engineering College

Paid To  N. Murugan for C Lion)

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கணம்பட்டி. ஈரோடு.

Attested

---

## VEERASAMY EDUCATIONAL TRUST,
VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

Voucher No. 32          **VOUCHER**          Date 20/7/11

Amount of Voucher  Four lacks only

Rs. 4,00,000/-

Details Purchase the Sand for Arts College Construction.

Paid To  M. Thangaraj

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கணம்பட்டி. ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 33    **VOUCHER**    Date 21/7/11

Amount of Voucher One lack and fourty five thousand only

Rs. 1,45,000/-

Details G.M. Electronics : purchase the electronic
goods for Engineering college Constructions.

Paid To G. Murugan

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.ஸி., எம்.பி.,
முதுகலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

---

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 34    **VOUCHER**    Date 23/7/11

Amount of Voucher One lack and Fifty thousand only

Rs. 1,50,000/-

Details Purchased the furniture for Engineering College.

Paid To P.K. Natarajan

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.ஸி., எம்.பி.,
முதுகலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 35          **VOUCHER**          Date 24/7/11

Amount of Voucher    Fifty Thousand Only

Rs. 50,000/-

Details   Purchased Table for Engineering College

Paid To   Tharani Steels

Paid By

**Approved By**

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

---

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 36          **VOUCHER**          Date 25/7/11

Amount of Voucher    Four lacks only

Rs. 4,00,000/-

Details   Purchase of Books for Engineering college

Paid To   Selva Kumar

Paid By

**Approved By**

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,

**VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408**

Voucher No. 37      **VOUCHER**      Date 26/7/11

Amount of Voucher Three lacks Only

Rs. 3,00,000/-

Details Purchased the Holo Bricks And Steel for Ark College Construction

Paid To M. Thangaraj

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,

**VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408**

Voucher No. 38      **VOUCHER**      Date 26/7/11

Amount of Voucher Fourty thousand Only

Rs. 40,000/-

Details Fitting the door for Arts College Building

Paid To Abdul Hakeen.

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனம்பட்டி, ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,

VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

**VOUCHER**

Voucher No. 39

Date 17/8/11

Amount of Voucher _One lack only_

Rs. 1,00,000/-

Details _Purchased the wood for Door for Arts college_

Paid To _Suriyanarayanan_

Paid By

Approved By

R. Ramesh M.S.C., M.Ed.,
முதுநிலை பட்டதாரி ஆசிரியர்.
அரசினர் மேல்நிலைப்பள்ளி.
தூக்கனம்பட்டி. ஈரோடு.

Attested

---

# VEERASAMY EDUCATIONAL TRUST,

VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

**VOUCHER**

Voucher No. 40

Date 26/7/11

Amount of Voucher _Four lacks only_

Rs. 4,00,000/-

Details _Arts College Building Construction works._

Paid To _M. Thangaraj_

Paid By

Approved By

R. Ramesh M.S.C., M.Ed.,
முதுநிலை பட்டதாரி ஆசிரியர்.
அரசினர் மேல்நிலைப்பள்ளி.
தூக்கனம்பட்டி. ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

**VOUCHER**

Voucher No. **41**                                       Date **7/9/11**

Amount of Voucher    One lack Only

Rs. 1,00,000/-

Details    Amman Books . Purchase for Engineering
College

Paid To    Selva Kumar

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி.
நாக்கனம்பட்டி. ஈரோடு.

Attested

---

VEERASAMY EDL
VETTAMANGALAM, KARUR

Voucher No. **42**                                       18/10/11

Amount of Voucher    One Crore and fifty lacks Only
1,50,00,000/-

Details    Construction work for Engineering College

Paid To    S.P. Rajendran.

Paid By

Approved By

Attested

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி.
நாக்கனம்பட்டி. ஈரோடு.

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 43     **VOUCHER**     Date 28/10/11

Amount of Voucher Fourty nine lacks and fourty three thousand only    Rs. 49,43,000/-

Details AICTE Comission Officer Proccessing work.

Paid To P.K. Natrajan.

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்களம்பட்டி, ஈரோடு.

Attested

---

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 278408*

Voucher No. 44     **VOUCHER**     Date 6/2/12

Amount of Voucher Twenty five lacks only    Rs. 25,00,000/-

Details AICTE Comission. Proccessing fees for Officer for sign.

Paid To P.K. Natrajan.

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்களம்பட்டி, ஈரோடு.

Attested

**VEERASAMY EDUCATIONAL TRUST,**
*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 45 **VOUCHER** Date 25/05/11

Amount of Voucher Thirty lacks & thirty two thousand only
Rs. 30,32,000/-

Details Construction work for Engineering College

Paid To S.P. Rajandran Contractor

Paid By

S. Swam

Approved By R. Rajesh

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனாம்பட்டி, ஈரோடு.

Attested

**VEERASAMY EDUCATIONAL TRUST,**
*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 46 **VOUCHER** Date 25/05/12

Amount of Voucher Twenty one lacks, Seventy Seven thousand and five hundred only.
Rs. 21,77,500/-

Details Construction work for Engineering College work.

Paid To S.P. Rajandran Contractor

Paid By

Approved By R. Rajesh

R. ரமேஷ் எம்.எஸ்.சி., எம்.எட்.,
முதுநிலை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
தூக்கனாம்பட்டி, ஈரோடு.

Attested

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 47 **VOUCHER** Date 26/6/12

Amount of Voucher Fifteen thousand only

Rs. 15,000/-

Details Personal work (Purchase of personal material) &
Car petrol , etc)

Paid To Dr. V. Vellappan

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., பிஎட்,
முதன்மை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
நூக்கனம்பட்டி, சேரோடு.

---

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 48 **VOUCHER** Date 3/4/10

Amount of Voucher Two lacks , Eighty Eight thousand and
five hundred only Rs. 2,88,500/-

Details Purchase the Arts College

Paid To P.K. Natrajan. Aspata sheet

Paid By

Approved By

R. ரமேஷ் எம்.எஸ்.சி., பிஎட்,
முதன்மை பட்டதாரி ஆசிரியர்,
அரசினர் மேல்நிலைப்பள்ளி,
நூக்கனம்பட்டி, சேரோடு.

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 49     **VOUCHER**     Date 8|7|12

Amount of Voucher Sixteen leades & ninty five thousand
Only      Rs. 16.95.000/-

Details Amount issued to AICtE commision
officer commision

Paid To P.K. Nadrajan

Paid By

Approved By

Attested

# VEERASAMY EDUCATIONAL TRUST,

*VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408*

Voucher No. 50     **VOUCHER**     Date 4|7|12

Amount of Voucher One lacks twenty eight Thousend only
Rs. 1.28.000/-

Details Purchase the chairs & racks for labrary.

Paid To N. Parani

Paid By the

Approved By

Attested

# VEERASAMY EDUCATIONAL TRUST,

VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

**VOUCHER**

Voucher No. 51

Date 23/7/12

Amount of Voucher Ten thousand only

Rs. 10.000/-

Details perisional work

Paid To Dr. Velappan

Paid By

Approved By

---

# VEERASAMY EDUCATIONAL TRUST,

VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

**VOUCHER**

Voucher No. 52

Date 10/08/12

Amount of Voucher Twenty seven lacks eighty one thousand and two fifty Rupees only Rs. 27.81.250/-

Details construction work for engineering college

Paid To R. Rajkumar for S.P. Rajan firm

Paid By

Approved By

# VEERASAMY EDUCATIONAL TRUST,

VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

**VOUCHER**

Voucher No. 53

Date 25/8/12

Amount of Voucher Twenty eight lacks and ten Thousend only

Rs. 28.10.000/

Details Purchase The Fans & Lights for Engineering college work & switch control, construction work.

Paid To. P.K. Natrajan

Paid By.

Approved By

R. கோமதி எம். எஸ். சி., எம்.எட்.
முதுநிலை பட்டதாரி ஆசிரியா்.
அரசினர் மேல்நிலைப்பள்ளி.
தூக்கனம்பட்டி, ஈரோடு.

Attested

---

# VEERASAMY EDUCATIONAL TRUST,

VETTAMANGALAM, KARUR DT - 639 117. PH : 04324 - 278408

**VOUCHER**

Voucher No. 54

Date 24/09/12

Amount of Voucher Fiffteen lacks only

Rs. 15.00.000/

Details AICTE commission Processing work for sishs approval.

Paid To. P.K. Natrajan

Paid By.

Approved By

R. கோமதி எம். எஸ். சி., எம்.எட்.
முதுநிலை பட்டதாரி ஆசிரியா்.
அரசினர் மேல்நிலைப்பள்ளி.
தூக்கனம்பட்டி, ஈரோடு.

Attested

# EXHIBIT 8





VELAPPAN VERASWAMY

85-45 115 STREET

RICHMOND HILL NEW YORK 11418

NEW YORK

NEW YORK        11418

Customer ID: 107548393

Home Branch: KARUR SME

IFSC Code: BKID0008264

Customer e-mail: ashandas@yahoo.com

## Summary Of Account as on:30 Jun 2011

*Indian Rupee*

**Deposit Accounts:**

| Account Type | Account Number | Balance | Currency |
|---|---|---|---|
| SAVINGS BANK | 826413110000009 | 61,992,985.00 | INR |
| TERM DEPOSIT | 820045410000056 | 20,000.00 | USD |
| TERM DEPOSIT | 820045410000057 | 20,000.00 | USD |
| TERM DEPOSIT | 820045410000059 | 22,990.00 | USD |
| | | | |

*Exchange Rate*
*as of the day of this statement*
*One US dollars = 47 Indian Rupee.*

*61,992,985.00 = 1,318,996.60 US $*
*Rupees*

*Plus     US $62,990.00.*

Contents of this statement will be treated correct if no error is reported within 30 days of receipt of this statement.Bank of India registered office: Head Office,Star House, C-5, G-Block, 2nd Floor,Bandra-Kurla complex,Bandra(East),Mumbai-400051.Website: www.bankofindia.com Tel No. **(022)- 40919191.**

*EXHIBIT - A.*





*Relationship beyond banking.*

VELAPPAN VERASWAMY

VILLAGE HOSPITAL CAMPUS

VETTAMANGALAM  AND PO KARUR 639017

KARUR

TAMIL NADU        639017

Customer ID: 107548393

Home Branch: KARUR SME

IFSC Code: BKID0008200

Customer e-mail: ashandas@yahoo.com

## Summary Of Account as on:31 October 2011

**Deposit Accounts:**

| Account Type | Account Number | Balance | Currency |
|--------------|----------------|--------:|----------|
| SAVINGS BANK | 826413110000009 | 32,419,089.00 | INR |
| TERM DEPOSIT | 820045410000056 | 20,440.16 | USD |
| TERM DEPOSIT | 820045410000057 | 20,440.16 | USD |
| TERM DEPOSIT | 820045410000059 | 23,495.98 | USD |

Contents of this statement will be treated correct if no error is reported within 30 days of receipt of this statement.Bank of India registered office: Head Office,Star House, C-5, G-Block, 2nd Floor,Bandra-Kurla complex,Bandra(East),Mumbai-400051.Website: www.bankofindia.com  Tel No. **(022)- 40919191.**